# In The United States Court of Federal Claims

No. 07-134C

(Filed: May 9, 2007)

ALIAMANU CONSERVATION PARTNERS, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On April 20, 2007, defendant filed an unopposed motion for an enlargement of time of 35 days, to and including June 1, 2007, within which to file its response to plaintiff's complaint. This motion is hereby **GRANTED**. Accordingly, on or before June 26, 2007, defendant shall file its response to the complaint. **No further enlargement of this deadline will be granted.**

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge