# In The United States Court of Federal Claims

No. 07-134C

(Filed: May 10, 2007)

---

ALIAMANU CONSERVATION PARTNERS, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

Pursuant to Rule 40.1(b), and further pursuant to the concurrence of Judge Susan G. Braden, it is **ORDERED** that this civil action shall be transferred to Judge Susan G. Braden. The Clerk shall take the action necessary to reflect this transfer on the docket of the court.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge