DEPARTMENT OF THE ARMY
U. S. ARMY ENGINEER DISTRICT, HONOLULU
FT. SHAFTER, HAWAII 96858-5440

REPLY TO
ATTENTION OF

November 1, 2006

Contracting Division

SUBJECT: Contract Number DACA87-91-C-0019, Termination Settlement

Aliamanu Conservation Partners, L.P.
ATTN: Robert A. Freeman, President
7465 West Lake Mead, Suite 100
Las Vegas, Nevada 89128

Dear Mr. Freeman:

Reference my Final Decision of the Contracting Officer, dated 31 October 2006, that was faxed and mailed to your attention, on that date. Enclosed is contract modification no. P00215, dated 1 November 2006, which established the final contract amount of $41, 237,389, based on my termination settlement determination. Total payment made under the contract is $47,452,392. You are hereby notified that the Contractor is required to pay the Government the sum of $6,215,003 (the overpayment amount) plus interest in the amount of $719,609, for a total repayment amount of $6,934,612 within fifteen (15) calendar days of the effective date (1 November 2006) of the enclosed contract modification. Payment instructions are included in paragraph 14.C) b) i) of that contract modification.

Respectfully,

David Y. Kam
Termination Contracting Officer

Enclosure

EXHIBIT B

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. CONTRACT ID CODE | PAGE OF PAGES |
|---|---|
| J | 1 of 4 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO.(If applicable) |
|---|---|---|---|
| P00215 | 01-Nov-2006 | SEE SCHEDULE | |

| 6. ISSUED BY CODE W9128A | 7. ADMINISTERED BY (If other than item 6) CODE J3M0500 |
|---|---|
| CONTRACTING DIVISION<br>USAED, HONOLULU<br>BLDG S230<br>FT. SHAFTER HI 96858-5440 | FORT SHAFTER RESIDENT OFFICE<br>USAED, HONOLULU BLDG 230<br>FT SHAFTER HI 96858-5440 |

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)
ALIAMANU CONSERVATION PARTNERS L P
7465 WEST LAKE MEAD ROAD
SUITE 100
LAS VEGAS NV 89128

CODE 0RCL8 | FACILITY CODE

| | |
|---|---|
| | 9A. AMENDMENT OF SOLICITATION NO. |
| | 9B. DATED (SEE ITEM 11) |
| X | 10A. MOD. OF CONTRACT/ORDER NO. DACA87-91-C-0019 |
| X | 10B. DATED (SEE ITEM 13) 11-Feb-1991 |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

## 12. ACCOUNTING AND APPROPRIATION DATA (If required)

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification and authority)<br>FAR 52.249-0002 Termination for Convenience of the Gov't (Fixed-Price)(Apr 1984) |

E. IMPORTANT: Contractor [X] is not, ☐ is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
Modification Control Number: j3ct9mrb0735

SHARED ENERGY SAVINGS PROGRAM, ALIAMANU FAMILY HOUSING AREA, OAHU, HAWAII

(See continued pages)

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| | | DAVID Y KAM / DIRECTOR, CONTRACTING DIVSION<br>TEL: 808-438-9548 EMAIL: david.y.kam@usace.army.mil | |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| ______________<br>(Signature of person authorized to sign) | | BY [signature]<br>(Signature of Contracting Officer) | 01-Nov-2006 |

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

EXHIBIT B

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

A) The Contract for Shared Energy Savings Program, Aliamanu Family Housing Area, Oahu, Hawaii is hereby modified to incorporate the final contract price, as established in the Contracting Officer's Final Decision (COFD) dated 31 October 2006.

B) SUMMARY OF CONTRACT MODIFICATION: This modification includes the following:

a) Resolves all issues associated with the contract, including the Notice of Termination dated 12 August 2004.

b) All contract termination inventory (including scrap) has been retained or acquired by the contractor, sold to third parties, returned to suppliers, delivered to or stored for the Government, or otherwise properly accounted for, and that all proceeds and retention credits have been used in arriving at this agreement.

c) The final contract price includes any and all costs for all partners, subcontractors, suppliers, and/or vendors.

d) All items of costs which were used in arriving at the amount of the final contract price are (i) properly allocable to the terminated contract, (ii) do not exceed the reasonable quantitative requirements of the terminated contract, and (iii) do not include any items reasonably usable without loss to the Contractor on its other work.

e) All the right, title, and interest, if any, that the Contractor received, or is entitled to receive, in and to any termination inventory not otherwise accounted for properly is hereby transferred, conveyed, and assigned to the Government.

f) The Contractor shall, within ten (10) calendar days after the date of this modification, pay to each of its immediate subcontractors (or their respective assignees) the amounts to which they are entitled, after deducting any prior payments and, if the Contractor so elects, any amounts due and payable to the Contractor by those subcontractors.

g) Regardless of any other provision of this modification, the following rights and liabilities of the parties under the contract are reserved:

i) All rights and liabilities, if any, of the parties, as to matters covered by any renegotiation authority.
ii) All rights and liabilities, if any, of the parties under those clauses inserted in the contract because of the requirements of Acts of Congress and Executive orders, including, without limitation, any applicable clauses relating to: labor law, contingent fees, domestic articles, and employment of aliens.
iii) All rights and liabilities of the parties arising under the contract and relating to reproduction rights, patent infringements, inventions, or applications for patents, including rights to assignments, invention reports, licenses, covenants of indemnity against patent risks, and bonds for patent indemnity obligations, together with all rights and liabilities under the bonds.
iv) All rights and liabilities of the parties relating to Government property furnished to the Contractor for the performance of this contract.
v) All rights and liabilities, if any, of the parties under those clauses of the contract relating to price reductions for defective cost or pricing data.

C) CHANGE IN CONTRACT PRICE: As a result of this contract modification, the final contract price is hereby established as Forty-One Million, Two Hundred Thirty-Seven Thousand, Three Hundred Eighty-Nine and No/100ths Dollars ($41,237,389.00).

a) The Contractor has already received monthly payments totaling $46,379,724 for work and services performed, or items delivered, under the completed portion of the contract. The Government confirms the right of the Contractor, subject to paragraph B(g) of this modification, to retain only $41,237,389 of this

EXHIBIT B

amount as the total amount for which the Contractor is entitled in complete and final settlement of the contract. The Contractor shall repay the Government the excess payment amount of $5,142,335.

b) Further, the Contractor has also received $1,072,668 as partial termination payments under the contract. The Contractor is not entitled to these partial termination payments and the Contractor will return this amount to the Government as part of complete and final settlement of the contract.

i) The Contractor is required to pay to the Government the sum of $6,215,003 (the overpayment amount) plus interest in the amount of $719,609 (the repayment interest) for a total repayment amount of $6,934,612 within fifteen (15) calendar days of the effective date of this modification. The Contractor's payment shall reference the subject contract and be payable to "FAO USACE, Honolulu District". Payment shall be mailed to USACE, Honolulu District, Attn: CEPOH-RM-F, Building 230, Fort Shafter, HI 96858-5440.

ii) If the Contractor fails to make payment in full, within the time specified in subparagraph "i" above; in accordance with Federal Acquisition Regulation (FAR) Part 49.112-1, paragraph (g), the total repayment amount of $6,934,612 will be increased for additional interest; and the interest shall be computed at the rate established by the Secretary of the Treasury under 50 U.S.C. App. 1215(b)(2) from the date the excess payments were received by the Contractor to the date of repayment to the Government.

iii) If the Contractor fails to make payment in full, within the time specified in subparagraph "i" above; the Termination Contracting Officer may initiate contract debt collection actions under FAR Part 32.6.

iv) Repayment of the full amount and within the time specified in subparagraph "i" above; constitutes complete settlement of the amount due either contracting party as a result of the complete termination of the contract, and all other demands and liabilities of the Contractor and the Government under the contract, except as provided in paragraph B(g) of this modification.

D) CHANGE IN CONTRACT DURATION: As a result of the Notice of Termination, the contract performance duration ended on 30 September 2004.

E) CHANGE TO THE CONTRACT SPECIFICATIONS: As a result of this modification, the contract is hereby modified to replace the entire Bidding Schedule, and any previously established contract payment schedule, with a single Contract Line Item Number (CLIN) as shown below:

| Item No. | Description | Quantity | Unit | Amount |
|---|---|---|---|---|
| 1 | Final Contract Amount | 1 | JOB | $41,237,389.00 |

F) CHANGE TO CONTRACT DRAWINGS: There are no changes to any contract drawings as a result of this modification.

G) The contract adjustment set forth in this modification constitutes full and final settlement on behalf of the Contractor, and all of its subcontractors and suppliers, for all costs and markups directly or indirectly attributable to any and all Government-caused changes, delays, impacts, or any other additional costs, including but not limited to those issues described above and/or any and all issues previously identified by the Contractor and submitted in writing to the Government.

H) The contract adjustment set forth in this modification represents a complete and final equitable contract adjustment for any and all claims by the Contractor against the Government arising under or relating to this contract and releases the Government from any and all liability under this contract for any further adjustments to this contract, including, but not limited to, all direct or indirect costs, all contract administration costs, interest pursuant to the Contract Disputes Act of 1978 or any other interest, or any other relief.

EXHIBIT B

I) This modification also includes a change of Contractor's mailing address from 1850 C. Aliamanu Dr., Bunker 27C, Honolulu, HI 96818 to 7465 West Lake Mead Road, Suite 100, Las Vegas, NV 89128.

------------------------- End of Modification -------------------------

EXHIBIT B