IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ALIAMANU CONSERVATION PARTNERS, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES<br><br>Defendant. | ) | No. 07-134-C<br>(Judge Braden) |

PLAINTIFF'S ANSWER TO DEFENDANT'S COUNTERCLAIM

For its answer to defendant's counterclaim, plaintiff admits, denies, and alleges as follows:

1. Admits the allegations contained in paragraph 68.

2. Admits the allegations contained in paragraph 69 to the extent supported by the contract cited, which is the best evidence of its contents.

3. Admits the allegations contained in paragraph 70 to the extent supported by the contract cited, which is the best evidence of its contents.

4. Admits the allegations contained in paragraph 71.

5. Denies the allegations contained in paragraph 72 for lack of knowledge or information sufficient to form a belief as to their truth.

6. Denies the allegations contained in paragraph 73.

7. Denies the allegations contained in paragraph 74 for lack of knowledge or information sufficient to form a belief as to their truth.

8. Admit the allegations contained in paragraph 75.

9. Admits the allegations contained in paragraph 76 to the extent supported by the Contracting Officer's Final Decision cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 76.

10. Admits the allegations contained in paragraph 77 to the extent supported by the Contracting Officer's Final Decision cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 77.

11. Admits the allegations contained in the first sentence of paragraph 78 to the extent supported by the Modification Number P00215 cited, which is the best evidence of its contents; otherwise denies the allegations contained in the first sentence paragraph 78. Admits the allegations contained in the second sentence of paragraph 78.

12. Admits that plaintiff has not paid the Government; denies the allegation that there is any Amount Due from plaintiff to defendant.

WHEREFORE, plaintiff requests that the Court enter judgment that defendant take nothing under its Counterclaim, order that the Counterclaim be dismissed, enter judgment in plaintiff's favor on its Complaint, and grant plaintiff such other and further relief as the Court may deem just and proper.

Respectfully submitted,

TIMOTHY H. POWER
Law Office of Timothy H. Power
19229 Sonoma Highway
PMB 246
Sonoma, CA 95476
Tel: (707) 343-1550
Fax: (707) 343-1552