# In the United States Court of Federal Claims

No. 07-134C
Filed: September 27, 2007

************************************
*
ALIAMANU CONSERVATION *
PARTNERS, INC. *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
************************************

**SCHEDULING ORDER**

Pursuant to the parties' request, the court hereby enters the following schedule:

| | |
|---|---|
| 1. Exchange of Initial Disclosures | November 1, 2007 |
| 2. Deadline for Serving Written Discovery | March 1, 2008 |
| 3. Designation of Experts | February 1, 2008 |
| 4. Deadline for Completion of Fact Depositions | April 1, 2008 |
| 5. Disclosure of Expert Reports | June 1, 2008 |
| 6. Deadline for Expert Depositions | August 1, 2008 |
| 7. Close of All Discovery | September 1, 2008 |
| 8. Filing of All Dispositive Motions | December 1, 2008 |

**IT IS SO ORDERED**.

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**