IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ALIAMANU CONSERVATION PARTNERS, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-134C (Judge Braden) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT MOTION TO AMEND THE DISCOVERY SCHEDULE

Pursuant to Rule 26 of the Rules of the United States Court of Federal Claims ("RCFC"), plaintiff, Aliamanu Conservation Partners, Inc. ("ACP"), and defendant, the United States, respectfully request that the Court amend its discovery scheduling order of September 27, 2007 as follows :

| | |
|---|---|
| Close of Written and Fact Discovery | September 1, 2008 |
| Disclosure of Expert Reports | October 17, 2008 |
| Deadline for Expert Depositions | November 30, 2008 |
| Filing of All Dispositive Motions | December 31, 2008 |

The proposed schedule takes into account that the parties have not yet determined whether they will employ expert witnesses in resolving their dispositive motions, yet the schedule preserves the parties' ability to employ experts in the event that written and fact discovery suggest that expert testimony would be helpful in resolving the issues.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

s/Timothy H. Power
TIMOTHY H. POWER
Law Offices of Timothy H. Power
19229 Sonoma Highway
Suite 246
Sonoma, CA 95476
Tel: (707) 343-1550
Fax: (707) 343-1552

Attorney for Plaintiff

February 8, 2008

s/Armando A. Rodriguez-Feo
ARMANDO A. RODRIGUEZ-FEO
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L St., NW
Washington, D.C. 20530
Tel: (202) 307-3390
Fax: (202) 514-8624

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 8th day of February, 2008, a copy of foregoing "JOINT MOTION TO AMEND THE DISCOVERY SCHEDULE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Armando Rodriguez-Feo