# In the United States Court of Federal Claims

No. 07-134C
Filed: February 11, 2008

*************************************

ALIAMANU CONSERVATION PARTNERS, INC.

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

*************************************

**SCHEDULING ORDER**

The February 8, 2008 Joint Motion to Amend the Discovery Schedule is granted. Pursuant to the parties' request, the court hereby enters the following revised schedule:

| | |
|---|---|
| 1. Close of Written and Fact Discovery | September 1, 2008 |
| 2. Disclosure of Expert Reports | October 17, 2008 |
| 3. Deadline for Expert Depositions | November 30, 2008 |
| 4. Filing of All Dispositive Motions | December 31, 2008 |

**IT IS SO ORDERED**.

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**