EXHIBIT 1

# AWARD / CONTRACT

1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 350) ▷ RATING

PAGE OF PAGES: 1 1

2. CONTRACT (Proc. Inst. Ident.) NO.: DACA87-91-C-0019
3. EFFECTIVE DATE: 02/07/91
4. REQUISITION/PURCHASE REQUEST/PROJECT NO.: W31RY0-8312-0003 / SS

5. ISSUED BY — CODE 2001

US ARMY ENG. DIV., HUNTSVILLE
ATTN: CEHND-CT-A
PO Box 1600
Huntsville, AL 35807-4301

6. ADMINISTERED BY (If other than Item 5) — CODE 2028

US ARMY CORPS OF ENGINEERS
HONOLULU DISTRICT
ATTN: CEPOH-DD
FORT SHAFTER, HI 96858

7. NAME AND ADDRESS OF CONTRACTOR (No., street, city, county, State and ZIP Code)

CO-ENERGY GROUP
725 ARIZONA AVENUE
SUITE 206
SANTA MONICA , CA 90401-

CODE 00003598 — FACILITY CODE

8. DELIVERY: ☐ FOB ORIGIN ☒ OTHER (See below)

9. DISCOUNT FOR PROMPT PAYMENT: 00.000%00 Net 030

10. SUBMIT INVOICES (4 copies unless otherwise specified) TO THE ADDRESS SHOWN IN: ITEM 12

11. SHIP TO/MARK FOR — CODE EMPTY

12. PAYMENT WILL BE MADE BY — CODE EMPTY

TO BE ADDED BY THE ADMINISTERING OFFICE.

13. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:
☐ 10 U.S.C. 2304(c)( ) ☐ 41 U.S.C. 253 (c)( )

14. ACCOUNTING AND APPROPRIATION DATA

See attached Schedule(s)

| 15A. ITEM NO | 15B. SUPPLIES/SERVICES | 15C. QUANTITY | 15D. UNIT | 15E. UNIT PRICE | 15F. AMOUNT |
|---|---|---|---|---|---|

Confirming negotiations concluded on 1 Feb 91 and contractor's best and final offer and revisions thereto, this document constitutes award of services described in Section C of Solicitation DACA87-89-R-0046 for Shared Energy Savings Program at Aliamanu Family Housing Area, Honolulu, HI. Schedules B-1, B-2 and B-3; Service Wage Determination 86-242 (Rev. 9) and General Wage Decision HI90-1 in Section J; FAR 52.249-0002 and 52.249-0002, Alternate I in Section I, and local clause 52.249-4010 in Section H are incorporated and made a part of this contract. The period of performance is also incorporated in Section F. Section C, Paragraph 15 is incorporated and made a part of this contract.

15G. TOTAL AMOUNT OF CONTRACT ▷ $ 0.00

## 16. TABLE OF CONTENTS

| (X) | SEC | DESCRIPTION | PAGE (S) | (X) | SEC | DESCRIPTION | PAGE (S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| X | A | SOLICITATION/CONTRACT FORM | 1 | X | I | CONTRACT CLAUSES | 91 |
| X | B | SUPPLIES OR SERVICES AND PRICES/COSTS | 4 | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS | |
| X | C | DESCRIPTION/SPECS./WORK STATEMENT | 15 | X | J | List of Attachments | 2 |
| X | D | PACKAGING AND MARKING | 1 | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| X | E | INSPECTION AND ACCEPTANCE | 3 | X | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | 20 |
| X | F | DELIVERIES OR PERFORMANCE | 4 | | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | |
| X | G | CONTRACT ADMINISTRATION DATA | 6 | | M | EVALUATION FACTORS FOR AWARD | |
| X | H | SPECIAL CONTRACT REQUIREMENTS | 13 | | | | |

CONTRACTING OFFICER WILL COMPLETE ITEM 17 OR 18 AS APPLICABLE

17. ☒ CONTRACTOR'S NEGOTIATED AGREEMENT (Contractor is required to sign this document and return 1 copies to issuing office.) Contractor agrees to furnish and deliver all items or perform all the services set forth or otherwise identified above and on any continuation sheets for the consideration stated herein. The rights and obligations of the parties to this contract shall be subject to and governed by the following documents: (a) this award / contract, (b) the solicitation, if any, and (c) such provisions, representations, certifications, and specifications, as are attached or incorporated by reference herein. (Attachments are listed herein.)

18. ☐ AWARD (Contractor is not required to sign this document.) Your offer on Solicitation Number ______ including the additions or changes made by you which additions or changes are set forth in full above, is hereby accepted as to the items listed above and on any continuation sheets. This award consummates the contract which consists of the following documents: (a) the Government's solicitation and your offer, and (b) this award / contract. No further contractual document is necessary.

19A. NAME AND TITLE OF SIGNER (Type or print): Robert A. Freeman, President

19B. NAME OF CONTRACTOR: BY [signature] (Signature of person authorized to sign)

19C. DATE SIGNED: 02/08/91

20A. NAME OF CONTRACTING OFFICER: James W. Reynolds (205) 955-5660

20B. UNITED STATES OF AMERICA BY [signature] (Signature of Contracting Officer)

20C. DATE SIGNED: 2/11/91

NSN 7540-01-152-8069
PREVIOUS EDITION UNUSABLE
26-107
STANDARD FORM 26 (REV. 4-85)
Prescribed by GSA
FAR (48 CFR) 53.214(a)

000003

EXHIBIT 2

SECTION C
DESCRIPTION/SPECS./WORK STATEMENT

1.0 GENERAL INTENTION

1.1 It is the intention of this contract to engage a Contractor who will provide equipment and services at the Aliamanu Military Reservation (AMR) family housing complex, Honolulu, Hawaii, that shall result in a reduction in the energy expenditure. Energy expenditure is the money paid for energy (KWH) plus the money paid for demand charges. The implementation of this shared energy savings project may result in a reduction of maintenance expenditure and credit for maintenance savings will be allowed. The services and equipment are to be provided at the Contractor's expense. In consideration of the foregoing investment, the Contractor is to receive a percentage of the avoided energy and maintenance expenditures. The equipment and services are otherwise to be provided at NO COST TO THE GOVERNMENT.

1.2 The AMR family housing complex consists of 1510 town house units and 1090 apartment units. A complete listing of buildings and equipment is contained in Section J, Attachment XII. There are some support facilities located within the complex. These support facilities are: Recreation Center with pool, Shopette/Gas Station, Burger King, Athletic Fields and Chapel Annex. This Shared Savings project will include family housing complex and support facilities. A site plan is included as Attachment I in Section J.

1.3 The term of the contract is limited to a maximum of 15 years.

1.4 The only payment that the Contractor will receive under this contract will be through charges to the Government based on the reduction in the energy expenditure and associated reduction in maintenance expenditure. However, the amount paid for maintenance savings cannot exceed the amount paid for energy savings.

2.0 DESCRIPTION/SPECIFICATIONS

2.1 General Description.

2.1.1 The Aliamanu Military Reservation family housing complex is located in Honolulu, Hawaii. The complex is served by a single electrical substation that is metered. These meter readings will be the bases for the baseline energy costs.

2.1.2 Energy expenditure shall be reduced through the implementation of Energy Conservation Projects (ECPs).

2.1.3 Acceptance of any post-contract ECP proposals shall be at the discre-

tion of the Contracting Officer. Acceptance by the Contracting Officer shall in no way relieve the Contractor of responsibility for the technical adequacy of his work and for the validity of the ECP.

2.1.4 All ECP proposals submitted after award of the contract shall be submitted, for the Contracting Officer's approval, prior to the Contractor's proceeding to final design. Acceptance of an ECP in the concept stage does not guarantee that the ECP will be unconditionally approved for implementation by the Contracting Officer.

2.2 Technical Criteria.

2.2.1 The ECP's shall not reduce the environmental comfort levels or lighting levels. The capacity of the existing cooling system cannot be reduced by more than the load on the system as reduced by other ECPs. Any load reduction will be subject to the approval of the Government.

2.2.2 Since the air conditioning system is the largest energy consumption system in this housing complex, an ECP shall be proposed to modify or replace the air condition systems to reduce energy consumption. In addition, the following areas are recommended for investigation of energy conservation opportunities:

a. Replace interior incandescent bulbs with fluorescents.

b. Replace exterior incandescent bulbs with fluorescents.

c. Improve attic ventilation.

2.2.3 An ECP can include performing maintenance and/or operation that is currently being contracted for by the Government. This service must be related to a system that consumes energy. Copies of contracts for these services are contained in Section J.

2.2.4 Materials and equipment shall be standard products of a manufacturer regularly engaged in the manufacturing of such products, which are of a similar material, design, and workmanship. The standard products shall have been in satisfactory commercial or industrial use for 2 years prior to submission for approval. The 2 years' use shall include applications of equipment and materials under similar circumstances and of similar size as proposed by the Contractor's ECPs and must be satisfactorily completed by a product which has been sold or is offered for sale on the commercial market through advertisements, manufacturers' catalogs, or brochures. Products having less than a 2-year field service record will be acceptable if a certified record of satisfactory field operation, for not less than

EXHIBIT 3

Contractor, on request, shall promptly furnish all necessary facilities, labor, and material. If the work is found to be defective or nonconforming in any material respect due to the fault of the Contractor or its subcontractors, the Contractor shall defray the expenses of the examination and of satisfactory reconstruction. However, if the work is found to meet contract requirements, the Contracting Officer shall make an equitable adjustment for the additional services involved in the examination and reconstruction, including, if completion of the work was thereby delayed, an extension of time.

(i) Unless otherwise specified in the contract, the Government shall accept, as promptly as practicable after completion and inspection, all work required by the contract or that portion of the work the Contracting Officer determines can be accepted separately. Acceptance shall be final and conclusive except for latent defects, fraud, gross mistakes amounting to fraud, or the Government's rights under any warranty or guarantee.

(End of clause)

E.2 52.246-4004 INSPECTION AND ACCEPTANCE

Inspection and Acceptance of all work and service to be performed hereunder shall be made by the COR,
US Army Corps of Engineer, Honolulu District
Attn: CEPOH-DD, Fort Shafter, HI 96858-5440

E.3 52.246-4005 FACILITY TESTING

a. All ECPs must be accepted by the Contracting Officer prior to the payment for savings obtained due to the ECP, except as outlined in paragraph b below. All ECPs must be tested by the Contractor prior to acceptance by the Government. The tests shall be in accordance with manufacturers instructions and shall be completed immediately following installation of the ECP.

b. A 1-year period will be granted from ECP completion to testing if the testing must be done under various weather conditions. If the test is not successfully completed within 1 year of the installation of the ECP, then payments to the Contractor for all savings provided by the ECPs under this contract will stop until testing is satisfactorily completed or the ECP is removed.

EXHIBIT 4

DEPARTMENT OF THE ARMY
U. S. ARMY ENGINEER DISTRICT, HONOLULU
FORT SHAFTER, HAWAII 96858-5440

REPLY TO ATTENTION OF

CEPOH-HR-H

Oct 8, 1992
Date

MEMORANDUM FOR RECORD LIGHTING, SHOWERHEADS and DX AC

SUBJECT: Contract No. DACA 87-91-C-0019
Shared Energy Savings, Aliamanu Family Hsng, Oahu, Hi

RE: ~~(Pre-Final Inspection)~~ (Final Inspection)

1. The present contract completion dated is Feb. 10, 2006.
2. Construction was substantially completed on Oct 8, 1992.
3. Final inspection ~~will be~~ held on Oct 8, 1992.
4. Deficiencies (if any) will be corrected by N/A.
5. This is a(n) ~~(final)~~ (incremental) turnover.
6. Attendance List:

| Name | Agency | Phone No. |
|---|---|---|
| Ronald Lum | 4RO | 833-8090 |
| Mark Muirhead | ABC | 833-7635 |
| Mark Bastain | JWP | |

7. Key Receipt (if applicable) by ______ of ______.
8. Deficiencies and/or remarks:

| ADDRESS | DEFICIENCIES/REMARKS |
|---|---|
| 611 A | No deficiency |
| 611 B | No deficiency |
| 611 C | " " |
| 611 D | " " temporary type t-stat |
| 611 E | " " |
| 606 C | " " |
| 606 A | " " |
| 231 A | " " , temporary type t-stat |
| 231 B | " " |

✓CEPOD-CT-C File
CF:
APOH-FAC
APOH- FS
CEPOH-HR-H
CEPOH-HR-B
Contractor
Fld Insp

* Kitchen & dining rm light fixture diffusers to be replaced

Government Representative

DEPARTMENT OF THE ARMY
U. S. ARMY ENGINEER DISTRICT. HONOLULU
FORT SHAFTER. HAWAII 96858-5440

REPLY TO ATTENTION OF

CEPOH-HR-H

Oct 7, 1992
Date

MEMORANDUM FOR RECORD LIGHTING. SHOWERHEADS and DX A/C

SUBJECT: Contract No. DACA 87-91-C-0019
Shared Energy Savings, Aliamanu Family Hsng, Oahu, Hi

RE: ~~(Pre-Final Inspection)~~ (Final Inspection)

1. The present contract completion dated is Feb.10, 2006.
2. Construction was substantially completed on Oct 7, 1992.
3. Final inspection ~~will be~~ held on Oct 7, 1992.
4. Deficiencies (if any) will be corrected by N/A.
5. This is a(n) ~~(final)~~ (incremental) turnover.
6. Attendance List:

| Name | Agency | Phone No. |
|---|---|---|
| Ronald Lum | 4RO | 833-8090 |
| ~~Mark Muirhead~~ | ABC | 833-7635 |
| Mark Bastian | JWP | |

7. Key Receipt (if applicable) by ______ of ______.
8. Deficiencies and/or remarks:

| ADDRESS | DEFICIENCIES/REMARKS |
|---|---|
| 437A | No deficiency |
| 630B | No deficiency |
| 630C | Vacant |
| 630D | No deficiency |
| 631 A | No deficiency |
| 631 B | No deficiency |
| 631 C | New thermostat (temporary type) |
| 2037 E | No deficiency |
| 1755 C | No deficiency |

* 631 C : tampered t-stat replacement

* Kitchen and dining room light fixture diffusers to be replaced

CEPOD-CT-C File
CF:
APOH-FAC
APOH- FS
CEPOH-HR-H
CEPOH-HR-B
Contractor
Fld Insp

Ronald Lum
Government Representative