EXHIBIT 5

DEPARTMENT OF THE ARMY
PACIFIC OCEAN DIVISION, CORPS OF ENGINEERS
FORT SHAFTER, HAWAII 96858-5440

REPLY TO
ATTENTION OF

May 18, 1993

Hawaii Area Office

Contract No. DACA 87-91-C-0019 Shared Energy Savings, AMR, Hi.

To Co-Energy Group
Aliamanu Crater
att'n Messrs. Matt Battista, Gail Lum

The following are either remaining construction deficiencies or corrections for which CGC verification is not provided. Please review your records, perform corrective action as necessary, and submit verifications:

1) 829B - missing panel blank, re-inspection by R. Lum on May 13, 1993.
2) ~~946A - missing panel blank~~ (delete RLum 6/25/93)
3) 1226C - front porch light paint touchup is still incomplete, re-insp. by R Lum on May 13, 1993.
4) 849A - keyless light fixtures missing in interior and exterior closets
5) 2105C - keyless fixture missing from upstairs interior closet on April 1, 1993. Tenant Cutu 836-3705. 2 of 3 fixtures installed.
6) 1488D - No startup. Air-handler replacement scheduled 1/29/93.
7) 1504E - unable to verify completion of florescent light installation.
8) 1300B - noisy compressor
9) 2001C - noisy compressor
10, 11, 12) 1429A, 1429C, 1435B - orifice conversion, need startup.

Ronald O [illegible]

000973

EXHIBIT 6

Co-Energy Group

CEG

1188 Bishop Street
Suite 3301
Century Square
Honolulu, HI 96813
(808) 531-4281
FAX: (808) 523-8753

RECEIVED
JUL 0 6 1993
CEPOH-HA-F

July 6, 1993

Mr. Randal Mita
Hawaii Resident Office
U.S. Army Engineer District, Honolulu
Ft. Shafter, Hawaii 96858-5440

Re: Contract No. DACA87-91-C0019, Shared Energy Savings Program, Aliamanu Family Housing Area, Oahu, Hawaii

RECEIVED
JUL 0 6 1993
CEPOH-HA-F

Subject: Completion of construction punchlist items.

Dear Mr. Mita:

We wanted to document completion of the construction phase of the retrofits to the residential quarters on this project. We are working from the Construction Deficiency Log which was compiled by Ron Lum, the Corps' Construction Representative. On May 18, 1993, Ron Lum prepared a letter for us which listed the remaining items on the punchlist at that time which remained to be remedied.

This list has been turned over to ABC Contracting Company for completion. Tam of ABC now informs me that all of these items have been taken care of; and I enclose the paperwork he submitted to us in this connection. In cases where panel blanks or lights had to be replaced, tenant signatures were obtained and are shown on this paperwork. One of the noisy compressors was replaced and the other shows no misoperation.

As discussed at our POD/OCHFO meeting last week, we had a problem getting the manufacturer's specified ranges met for supercooling and superheat on a few units which had a larger Lennox brand air handler. On later installations after consulting with the manufacturer we had an orifice converter available, but for a few they were installed without this device. We are satisfied we have obtained the best charge we can get under the circumstances, and are they are operating within allowable tolerances.

Based on this submittal, we ask that the government "sign off" these final deficiencies so that construction on the residential ECPs can be technically complete. Please notify me if you have any questions or comments.

Very truly yours,

Matt Battista

MATTHEW BATTISTA
Contract Administrator

encls.
cc: Ron Lum, Crater office outbox

ABC CONTRACTING COMPANY INC.
1324 Opua Street, Honolulu, Hawaii 96818 Tel.: (808) 839-9980 Fax.: (808) 833-1181

To: POT.
Attn Ronald Lum.
Responces to punch list dated May 18. 1983.

as follows:

#1 - 829 B. Installed pannel blank - comp. 6/22/93.
(sheet as attached)

#4 - 848 A - checked and found no light missing and anythings working ok. Comp. 6/22/93
(sheet as attached)

#3 - 1226 C - Touch up front porch light. Comp. 6/22/93
(sheet as attached)

#5 - 2105 C - Installed keyless light fixture in interior closet. Comp. 6/22/93.
(sheet as attached)

#7 - 1504 E - check and found all light fixtures have been replaced. and working ok.
(sheet as attached) Comp. 6/22/93

#2 - 966 A. No quarter on this address. probely wrong address -

- next page -

ABC CONTRACTING COMPANY INC.

1324 Opua Street, Honolulu, Hawaii 96818 Tel.: (808) 839-9980 Fax.: (808) 833-1181

#6. 1488 D. Air handler was replaced on 1/28/93 and start up on 1/29/93. (sheet as attached)

#8. 1300 B. Replaced condenser unit on April /93. and start-up on May-25-93. (sheet as attached).

#9. 2001C. check unit operating OK. Refered to CEG.

#10. 1428 A. Air handler replaced on 3/26/93 Unable to contact tenant for start up appoitment after 4 tries. Refer to CEG for action.

#11. 1429C. Lennox air handler unit mismatch with new ~~Carrde~~ Comfortmaker condenser unit Refer to CEG. for decision.

#12. 1435 B. same as 1429C.

# ABC CONTRACTING COMPANY INC.

1324 Opua Street, Honolulu, Hawaii 96818 Tel.: (808) 839-9980 Fax.: (808) 833-1181

# 829 B. Installed pannel plank - complete 6/22/93
— Tenant sign & [signature] phone # 836.0494.

# 848A - check and found no light missing - and any things working ok - complete 6/22/93
— Tenant Sign - phone - 833-8972.
[signature: Mendoza]

# 1504 E. check all light fixtures have been replaced - and working ok - 6/22/93

— Tenant sign: Delmos McClydle phone - 836-0190.

# 1226 C - Touch up front porch light. complete 6/22/93.

— Tenant Sign: Dangal Monta phone # 836-4038

# 966 A. No quarter on the AMR. Unable to find - probely wrong addsess.

# 2105 C - Installed keyless light fixture in interior closet - check ok. complete 6/22/93.

— Tenant sign - Shawn Tela phone # 836-3705

EXHIBIT 7

Contracting Officer shall either--

(1) Cancel the stop-work order; or

(2) Terminate the work covered by the order as provided in the Default, or the Termination for Convenience of the Government, clause of this contract.

(b) If a stop-work order issued under this clause is canceled or the period of the order or any extension thereof expires, the Contractor shall resume work. The Contracting Officer shall make an equitable adjustment in the delivery schedule or contract price, or both, and the contract shall be modified, in writing, accordingly, if--

(1) The stop-work order results in an increase in the time required for, or in the Contractor's cost properly allocable to, the performance of any part of this contract; and

(2) The Contractor asserts its right to the adjustment within 30 days after the end of the period of work stoppage; provided, that, if the Contracting Officer decides the facts justify the action, the Contracting Officer may receive and act upon the claim submitted at any time before final payment under this contract.

(c) If a stop-work order is not canceled and the work covered by the order is terminated for the convenience of the Government, the Contracting Officer shall allow reasonable costs resulting from the stop-work order in arriving at the termination settlement.

(d) If a stop-work order is not canceled and the work covered by the order is terminated for default, the Contracting Officer shall allow, by the equitable adjustment or otherwise, reasonable costs resulting from the stop-work order.

(End of clause)

F.3 52.212-4010 PERIOD OF PERFORMANCE

Performance under this project shall commence upon the date the contract is awarded and shall proceed as follows:

| MILESTONE | DATE |
|---|---|
| Contract award | |
| Period of performance<br>15 years from contract award date. | |
| O&M on air conditioning system - 90 days<br>after contract award | |
| O&M on ECPs implemented by contractor<br>will be from the date the ECP is implemented. | |

EXHIBIT 8

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. CONTRACT ID CODE | PAGE OF PAGES |
|---|---|
| | 1 \| 3 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| P00100 | See Block 16c | | |

| 6. ISSUED BY CODE | 7. ADMINISTERED BY (If other than Item 6) CODE |
|---|---|
| US Army Corps of Engineers<br>ATTN: CEPOD-ET-CH (FHRO)<br>Building 230<br>Fort Shafter, Hawaii 96858-5440 | |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State & ZIP Code) | (X) | |
|---|---|---|
| Aliamanu Conservation Partners, L.P.<br>1850 C Aliamanu Dr., Bunker 27C<br>Honolulu, HI 96818 | | 9A. AMENDMENT OF SOLICITATION NO. |
| | | 9B. DATED (SEE ITEM 11) |
| | X | 10A. MODIFICATION OF CONTRACT/ORDER NO.<br>DACA87-91-C-0019 |
| CODE / FACILITY CODE | | 10B. DATE (SEE ITEM 13)<br>7 February 1991 |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning _______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

See Block 14, Paragraph b(3)

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| (X) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| x | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:<br>Contract Clause I.70, "CHANGES", and I.56, "DISPUTES" |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor ☐ is not, ☒ is ~~required~~ requested to sign this document and return 2 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible)

( CI A91019-113 ) (C1)

a. The contract for Shared Energy Savings Program, Aliamanu Family Housing Area, Oahu, Hawaii, is hereby modified as follows:

(1) Incorporate the attached Agreement in Principle agreed to and signed on 25 November 1998, as an integral part of the Contract.

(Continued on Page 2)

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| Aliamanu Conservation Partners, L.P. | | DAVID Y. KAM<br>CHIEF, CONSTRUCTION CONTRACTS BRANCH | |
| 15B. CONTRACTOR/OFFEROR CEG ALI, INC. General Partner By: [signature] J. Sherman, V-P<br>(Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>BY [signature]<br>(Signature of Contracting Officer) | 16C. DATE SIGNED<br>2/4/99 |

CONTINUATION SHEET



CONTRACT NO: DACA87-91-C-0019

Modification No. P00100 , Change Item No. A91019-113

Block 14 (Cont.)

(2) Reimburse the Contractor for maintenance and replacement of the electric hot water heaters at Allamanu Military Reservation, as needed, effective 1 October 1998.

b. CONTRACT SPECIFICATION: The contract specifications shall be revised as stated in the Agreement in Principle signed 25 November 1998 and as stated below:

(1) Section C, Paragraph 10.0 "METERING" shall be modified to read as follows:

No new metering system will be required. Through May 31, 1996, the existing meter at the electrical substation will be used for the measurement of energy usage for the Contract.

(2) Section C, Paragraph 11.0 "BASIS OF PAYMENT TO THE CONTRACTOR," shall be modified by inserting after suparagraph 11.1 "Basis for Contract Billing," the following subparagraph:

11.1 Basis for Contract Billing and Payment Starting June 1, 1996. Billings for months beginning June 1, 1996, and thereafter, shall use agreed and fixed energy savings of 2.0 million kWh per month and demand savings of 4,500 KW. The "Baseline Formula" set forth in paragraph 12.0 of the Contract will not apply to billings and payments for months after May 1996.

(3) Section C, Paragraph 13.0 "MAINTENANCE BASELINE" does not apply after May 1996.

(4) Schedule B-1, Section B, of the Contract, shall be modified as follows:

"Percent to AMR" in years 12, 13, 14, 15 and two months in year 16 shall be changed from "30" to "27".

(5) Section C, Subparagraph 2.2.3.1 and Section H, Paragraph H.28 52.242-4144 "SES BASELINE ADJUSTMENTS" do not apply after May 1996.

(6) Section C, Paragraph 11.2 "PAYMENTS", on page C-12, add the following new subparagraph 11.2.9.

"11.2.9 Compensation for work to be performed under Item Nos. 2A 2B and 2C, as identified in Section B, Schedule B-4, shall be paid for at the unit price, complete, in place, and ready for use, to include labor, materials, and all incidental items necessary to complete the work."

c. CONTRACT DRAWINGS: The contract drawings shall remain unchanged as a result of this change.

CONTINUATION SHEET



CONTRACT NO: DACA87-91-C-0019

Modification No. P00100 , Change Item No. A91019-113

Block 14 (Cont.)

d. PRICE ADJUSTMENT. As a result of this modification, contract payments shall be made in accordance with the Agreement in Principle signed 25 November 1998.

(1) The following new Payment Items shall be incorporated into the contract under Section B, "SUPPLIES OR SERVICES AND PRICES/COSTS", Schedule B-4, of the contract specifications:

| Item No. | Description | Estimated Quantity | Unit | Unit Price | Estimated Amount |
|---|---|---|---|---|---|
| 2A | Replace Electric Hot Water Heater for all units (Monday-Friday during normal working hours from 8:00 am to 5:00 pm) | 212 | EA | $408.00 | $86,496.00 |
| 2B | Replace Electric Hot Water Heater for first floor apartment units (after regular working hours) | 15 | EA | $463.00 | $ 6,945.00 |
| 2C | Replace Electric Hot Water Heater for 2nd and 3rd floor apartment units (after regular working hours) | 12 | EA | $503.00 | $ 6,036.00 |
| | | | | TOTAL | $99,477.00 |

(2) As a result of this modification, the total contract price is increased by Ninety-Nine Thousand Four Hundred Seventy-Seven and No/100ths Dollars.

(3) Accounting and Appropriation Data:

21 NA 99 2050.0000 J0 99 08 8120 70000000000 94626 3220
FWI: 002BP7 PRC: WX3JR983271860 LINE: 3 (Oblig Line #0014) - $99,477.00 (Increase)

e. PERFORMANCE TIME. The performance period as set forth in the contract shall remain unchanged.

f. It is further understood and agreed that this adjustment constitutes compensation in full on behalf of the Contractor and its subcontractors and suppliers for all costs and markup directly or indirectly attributable to the change ordered, and for all delays related thereto, and for performance of the change within the time frame stated.