EXHIBIT 9

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | | | |
|---|---|---|---|
| 1. CONTRACT ID CODE | | PAGE OF PAGES | 1 / 2 |
| 2. ~~AMENDMENT~~/MODIFICATION NO. A00159 | 3. EFFECTIVE DATE See Block 16c | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(if applicable)* |
| 6. ISSUED BY CODE | US Army Corps of Engineers<br>ATTN: CEPOH-EC-CF<br>Building 230<br>Fort Shafter, Hawaii 96858-5440 | 7. ADMINISTERED BY *(if other than Item 6)* CODE | SEP 2 5 2001<br>RECEIVED |

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State & ZIP Code)*

Aliamanu Conservation Partners, L.P.
1850 C Aliamanu Dr., Bunker 27C
Honolulu, Hawaii 96818

CODE | FACILITY CODE

(X) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED *(SEE ITEM 11)*

10A. MODIFICATION OF CONTRACT/ORDER NO. DACA87-91-C-0019

10B. DATE *(SEE ITEM 13)* 7 February 1991

11. THIS ITEM ONLY APPLIES TO AMENDMENT OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer Submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or Letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATE *(if required)*

See Page 3, Block 14.b.(3)

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14

| (X) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN CONTRACT ORDER NO. ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b) |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF Contract Clause I.70, "CHANGES--FIXED PRICE", of the contract. |
| | D. OTHER *(Specify type of modification and authority)* |

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return 2 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible)*

(CI A91019-172) (U4)

a. The contract for Shared Energy Savings Program, Aliamanu Family Housing Area, Oahu, Hawaii, is modified to increase the estimated quantity for Unit Price Line Item No. 1D and 1F as follows:

(1) Payment Item No. 1D, Replace Damaged Light Fixture SLF-213 (with 12" squre diffuser), SLF-207 (with 501WA diffuser), or SLB-213, established under Modification No. A00021 dated 24 September 1993, shall be increased by an additional 50 each.

(Continued on Page 2)

Except as provided herein, all terms and conditions of the document referenced in Item 9a or 10a, as heretofore changed, remains unchanged and in full force And effect.

| | | | |
|---|---|---|---|
| 15A. NAME AND TITLE OF SIGNER *(Type or print)* Aliamanu Conservation Partners, L.P. Cegali, Inc. Gen'l Partner | | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)* EDWARD I. YOSHIMURA Administrative Contracting Officer | |
| 15b. CONTRACTOR/OFFEROR [signature] V.P. *(Signature of person authorized to sign)* | 15C. DATE SIGNED 9/11/01 | 16B. UNITED STATES OF AMERICA BY [signature] *(Signature of Contracting Officer)* | 16C. DATE SIGNED 9/24/01 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-150

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

000917

CONTINUATION SHEET



CONTRACT NO: DACA87-91-C-0019
Modification No. A00159, Change Item No. A91019-172

Block 14 (Cont'd)

(2) Payment Item No. 1F, Replace Damaged Light Fixture DLPG-7 (screw-in adapter), established under Modification No. A00021 dated 24 September 1993, shall be increased by an additional 200 each.

Item No. 1D, Replace Damaged Light Fixture SLF-213 (with 12" square diffuser), SLF-207 (with 501WA diffuser) or SLB-213

| | |
|---|---|
| Original Estimated Quantity (Modification No. A00021) | 30 Each |
| Increase Estimated Quantity (Modification No. A00090) | 25 Each |
| Decrease Estimated Quantity (Modification No. A00115) | - 6 Each |
| Increase Estimated Quantity under this modification | 50 Each |
| Total Estimated Quantity | 99 Each |

Item No. 1F, Replace Damaged Light Fixture DLPG-7 (screw-in adapter)

| | |
|---|---|
| Original Estimated Quantity (Modification No. A00021) | 50 Each |
| Increase Estimated Quantity (Modification No. A00058) | 50 Each |
| Increase Estimated Quantity (Modification No. A00096) | 100 Each |
| Increase Estimated Quantity (Modification No. A00117) | 200 Each |
| Increase Estimated Quantity (Modification No. A00125) | 250 Each |
| Increase Estimated Quantity under this modification | 200 Each |
| Total Estimated Quantity | 850 Each |

b. PRICE ADJUSTMENT.

(1) Payment Item No. 1H of the contract is amended as follows:

| Item No | Description | Increased Estimated Quantity | Unit | Unit Price | Estimated Amount of Increase |
|---|---|---|---|---|---|
| 1D | Replace Damaged Light Fixture SLF-213 (with 12" square diffuser), SLF-207 (with 501WA diffuser), or SLB-213 | 50 | Each | $69.00 | $3,450.00 |
| 1F | Replace Damaged Light Fixture DLPG-7 (screw-in adapter) | 200 | Each | $32.02 | $6,404.00 |
| | | | | TOTAL | $9,854.00 |

(2) As a result of this modification, the total contract price is increase by Nine Thousand Eight Hundred Fifty-Four and No/100ths Dollars.

(3) Accounting and Appropriation Data:

21 NA 01 2050.0000 J0 01 08 8120 70000000000 94626 3220
FWI: HG6L57 PRC: WX3JR903203624 LINE: 3 (Oblig. Line #0021) - $9,854.00 (Increase)

c. PERFORMANCE TIME. The performance period as set forth in the contract shall remain unchanged.

d. It is further understood and agreed that this adjustment constitutes compensation in full on behalf of the Contractor and it's subcontractors and suppliers for all costs and markup directly or indirectly attributable to the change ordered, and for all delays related thereto, and for performance of the change within the time frame stated.

**AMENDMENT OF SOLICITATION ODIFICATION OF CONTRACT**

1. CONTRACT ID CODE | PAGE 1 OF 2

2. AMENDMENT/MODIFICATION NO: 161

3. EFFECTIVE DATE: See Block 16c

4. REQUISITION/PURCHASE REQ. NO

5. PROJECT NO. (if applicable)

6. ISSUED BY — CODE

Army Corps of Engineers
ATTN: CEPOH-EC-CF
Building 230
Fort Shafter, Hawaii 96858-5440

7. ADMINISTERED BY (if other than item 6) — CODE

SEP 2 6 2001
RECEIVED

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State & ZIP Code)

Aliamanu Conservation Partners, L.P.
350 C Aliamanu Dr., Bunker 27C
Honolulu, Hawaii 96818

CODE | FACILITY CODE

(X) 9A. AMENDMENT OF SOLICITATION NO

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NO: DACA87-91-C-0019

10B. DATE (SEE ITEM 13): 7 February 1991

11. THIS ITEM ONLY APPLIES TO AMENDMENT OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer Submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or Letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATE (if required)

See Page 3, Block 14.b.(3)

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS,
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14

(X) A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN CONTRACT ORDER NO. ITEM 10A

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

X C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: Contract Clause I.70, "CHANGES--FIXED PRICE", of the contract.

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return 2 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible)

(CI A91019-173) (U4)

a. The contract for Shared Energy Savings Program, Aliamanu Family Housing Area, Oahu, Hawaii, is modified to provide for cleaning the existing air conditioning duct system at the following locations:

(Continued on Page 2)

Except as provided herein, all terms and conditions of the document referenced in Item 9a or 10a, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print): Cegali, Inc. Gen'l Partner — Aliamanu Conservation Partners, L.P.

15B. CONTRACTOR/OFFEROR: Robert W. Green V.P. (Signature of person authorized to sign)

15C. DATE SIGNED: 9/11/01

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print): EDWARD I. YOSHIMURA, Administrative Contracting Officer

16B. UNITED STATES OF AMERICA BY [signature] (Signature of Contracting Officer)

16C. DATE SIGNED: 9/24/01

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-150

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

000915

CONTINUATION SHEET



CONTRACT NO: DACA87-91-C-0019
Modification No. A00161, Change Item No. A91019-173

Block 14 (Cont'd)

| Quarters No. | Quarters No. |
|---|---|
| 1433-B Pohina Place | 419-E Halawa View Loop |
| 1905-A Croton Place | 1701-A Kiawa Place |
| 970-A Mahogany Place | 615-C Valley View Loop |
| 221-A Hibiscus Place | 320-B Poinciana Place |
| 500-A Olive Place | 938-A Kou Place |

b. PRICE ADJUSTMENT.

(1) Payment Item No. 1C of the contract is amended as follows:

| Item No. | Description | Quantity | Unit | Amount of Increase |
|---|---|---|---|---|
| 1C | Replace Damaged DX Condensing Unit | 1 | Job | $6,957.00 |

(2) As a result of this modification, the total contract price is increase by Six Thousand Nine Hundred Fifty-Seven and No/100ths Dollars.

(3) Accounting and Appropriation Data:

21 NA 01 2050.0000 J3 2001 08 8120 70000000000 94626 3220
FWI: HG6L57 PRC: WX3JR903203624 LINE: 3 (Oblig. Line #0021) - $6,957.00 (Increase)

c. PERFORMANCE TIME. The performance period as set forth in the contract shall remain unchanged.

d. It is further understood and agreed that this adjustment constitutes compensation in full on behalf of the Contractor and its subcontractors and suppliers for all costs and markup directly or indirectly attributable to the change ordered, and for all delays related thereto, and for performance of the change within the time frame stated.

EXHIBIT 10

DEC-02-99 THU 09:43 AM CEGALI 808 8363421 P.03

# Cegali, Inc.

**Consolidated Monthly Statement**

1850 Alamanu Drive
Honolulu, HI 96818
Telephone No. (808) 839-0500
Fax: (808) 836-3421

**Contract No. DACA87-91-C-0019**
Shared Energy Savings Contract Aliamanu Military Reservation

To: **Hawaii Resident Office**
**U.S. Army Engineer District, Honolulu**
**Fort Shafter, HI 96858-5440**
**Attn: Randal Mita**

**Statement Date:**
November 8, 1999
**Billings for Month of:**
OCTOBER 1999
**Terms:**
*30 day Net*

| Invoice Number | Invoice Date | Description / Comments | Invoice Total |
|---|---|---|---|
| Bill No. 1 15000 | November 8, 1999 | Energy and Maintenance Savings for October 1999 | $338,707.87 |
| 1E,F,G,H,I 15001 | November 8, 1999 | Replace and Repair Damaged Lights and Fixtures<br>1D 2 ea @ 69.00 = 138.00<br>1E 2 ea @ 54.47 = 108.94<br>1F 60 ea @ 32.02 = 1921.20<br>1G 76 ea @ 19.74 = 1500.24<br>1H 273 ea @ 4.51 = 1276.33<br>1I 1 ea @ 13.50 = 13.50 | ~~$4,891.46~~ 4958.2 |
| 15002 | November 8, 1999 | Wage Adjustment to Maintenance compensation for September 1999 | $2,475.12 |
| 2A,B 15003 | November 8, 1999 | Modifications per contract for removal of leaking & rusty Electric Water Heaters<br>2A 27 ea @ 408.00 = $11,016.00<br>2B 2 ea @ 463.00 = $ 926.00 | $11,942.00 |
| | | Recommend payment of $358,083.20<br>[signature] 12/1/99 | |
| | | **TOTAL AMOUNT DUE** | ~~$358,016.4~~ 358,083.2 |

RECEIVED
NOV 10 1999
FSRO

OPTIONAL FORM 99 (7-90)
**FAX TRANSMITTAL** # of pages ▶ 4

| | |
|---|---|
| To STEPHANIE / GREG | From R. MITA |
| Dept./Agency CEGALI | Phone # 433-3636 |
| Fax # 836-3421 | Fax # 833-7561 |
| NSN 7540-01-317-7368 5099-101 | GENERAL SERVICES ADMINISTRATION |

EXHIBIT 11

CONTRACTOR'S COPY

ENGR FORM 93 PAYMENT ESTIMATE-CONTRACT PERFORMANCE
(Automated version - approved by DAEN-IMP-R, JUL 86.)
For the use of this form, see ER 37-2-10 and ER 37-345-10

| 1. DATE: | AWARD DATE | SHEET |
|---|---|---|
| 08-Apr-92 | 11 FEB 91 | 1 OF 2 |

2. CONTRACTOR: CO-ENERGY GROUP
1188 BISHOP ST., STE. 3301, HONOLULU, HI 96813

3. CONTRACT: DACA83-91-C-0019

4. DISTRICT: HONOLULU

5. DESCRIPTION OF WORK: SHARED ENERGY SAVINGS PROGRAM

6. APPROPRIATION AND PROJECT: 2112050 108-8120 P7000-3220 S94626

7. CCD: **

8. LOCATION: ALIAMANU MILITARY RESERVATION
OAHU, HAWAII

9. PERIOD COVERED BY THIS ESTIMATE
FROM: 1 MAR 92 THRU 31 MAR 92

10. JOB ORDER

11. ESTIMATE: 11-PARTIAL

| ITEM NO. a | DESCRIPTION b | CONTRACT QTY & UNIT c | UNIT PRICE d | AMOUNT e | TOTAL TO DATE QTY / UNIT f | AMOUNT g |
|---|---|---|---|---|---|---|
| 1 | ENERGY & MAINTENANCE SAVINGS RA13541202C0019 (JUN 91-SEP 91) | 1-JOB | LUMP SUM | $131,491.83 | 100.00% | $131,491.83 |
| | (OCT 91- ) RA20372202C0019 | 1-JOB | LUMP SUM | $196,000.00 | 96.92% | $189,963.85 |
| 1 A. | REPLACE DAMAGED THERMOSTATS RA20372202C0019 | 257 EA | $97.00 | $24,929.00 | 45 | $4,365.00 |
| | ** NO CCD | | | | | |
| | (FROM 93 A ) | | | $3,317.00 | | $3,317.00 |

INCLUDES MODIFICATIONS THRU: A00007 TOTAL CONTRACT: $355,737.83 TOTAL TO DATE: $329,137.68

12. PRESENTED FOR PAYMENT
PAYEE: CO-ENERGY GROUP
PER:

DATE TITLE

13. APPROVED FOR PAYMENT
I certify that I have checked the quantities covered by this bill or estimate; that the work was actually performed; that the quantities are correct and consistant with all previous computations as actually checked; that the quantities and amounts are wholly consistant with the requirements of the contract or other instrument involved.

| 14. | | |
|---|---|---|
| A. PREVIOUS DEDUCTIONS OTHER THAN RETAINED PERCENTAGE — LABOR VIOL | $11,611.17 | \\\\\\\\\\\\\\ |
| | $0.00 | \\\\\\\\\\\\\\ |
| B. PREVIOUS RETAINED PERCENTAGE | $0.00 | \\\\\\\\\\\\\\ |
| C. PREVIOUS PAYMENTS | $269,553.78 | \\\\\\\\\\\\\\ |
| D. PREVIOUS EARNINGS (A+B+C) | \\\\\\\\\\\\\\ | $281,164.95 |
| E. EARNINGS THIS PERIOD (TOTAL EARNINGS TO DATE MINUS D) | \\\\\\\\\\\\\\ | $47,972.73 |
| F. LESS RETAINED PERCENTAGE | | \\\\\\\\\\\\\\ |
| G. LESS OTHER DEDUCTIONS: | | \\\\\\\\\\\\\\ |
| H. TOTAL DEDUCTIONS THIS PERIOD (F+G) | \\\\\\\\\\\\\\ | $0.00 |
| I. RETAINAGE REFUNDED | | \\\\\\\\\\\\\\ |
| J. OTHER REFUNDS | | \\\\\\\\\\\\\\ |
| K. TOTAL REFUNDS THIS PERIOD | \\\\\\\\\\\\\\ | $0.00 |
| L. AMOUNT DUE CONTRACTOR (E-H+K) | \\\\\\\\\\\\\\ | $47,972.73 |

15. RECAPITULATION: less ½% discount (239.86)
TOTAL RETAINED PCTG. (B+F-I) $0.00 TOTAL PAID (C+L) $317,526.51

SIGNATURE: L. Serrao TITLE:
L. SERRAO CIVIL ENGR TECH

RECEIVED
DATE: 8 APR 1992
ACCOUNTS PAYABLE
POD F&A DIVISION

CONTRACTING OFFICER APPROVAL: Randal Mita DATE: 8 APR 1992
RANDAL MITA, Authorized Rep of the Contracting Officer

TOTAL PAID $47,732.87

000895

EXHIBIT 12

ENGR FORM 93 PAYMENT ESTIMATE-CONTRACT PERFORMANCE
(Automated version - approved by DAEN-IMP-R, JUL 86.)
For the use of this form, see ER 37-2-10 and ER 37-345-10

1. DATE: 08-Jul-93 | AWARD DATE 11 FEB 91 | SHEET 1 OF 2

2. CONTRACTOR: ALLSTATE LIFE INSURANCE CO., C/O REVENUES ACCT, WELLS FARGO BANK
9354 WILSHIRE BOULEVARD, BEVERLY HILLS, CA 90212

3. CONTRACT DACA87-91-C-0019 | 4. DISTRICT HONOLULU

5. DESCRIPTION OF WORK: SHARED ENERGY SAVINGS PROGRAM

6. APPROPRIATION AND PROJECT 2122050 208-6120 P7000-3220 594626 | 7. COD: **

8. LOCATION: ALIAMANU MILITARY RESERVATION OAHU, HAWAII

9. PERIOD COVERED BY THIS ESTIMATE FROM: 1 JUN 93 THRU 30 JUN 93

10. JOB ORDER | 11. ESTIMATE 24-PARTIAL

| ITEM NO. a | DESCRIPTION b | CONTRACT QTY & UNIT c | CONTRACT UNIT PRICE d | CONTRACT AMOUNT e | TOTAL TO DATE QTY / UNIT f | TOTAL TO DATE AMOUNT g |
|---|---|---|---|---|---|---|
| 1 | ENERGY & MAINTENANCE SAVINGS RA13541202C0019 (JUN 91-SEP 91) | 1-JOB | LUMP SUM | $131,491.83 | 100.00% | $131,491.83 |
| | (OCT 91-SEP 92) RA2037220200019 | 1-JOB | LUMP SUM | $217,640.00 | 100.00% | $217,640.00 |
| | (OCT 91-SEP 92) ROLLOVER RA32BF220200019 | 1-JOB | LUMP SUM | $133,200.00 | 100.00% | $133,197.07 |
| | ** NO COD | | | | | |
| | (FROM 93 A ) | | | $2,267,999.00 | | $1,549,815.20 |

INCLUDES MODIFICATIONS THRU: A00015 TOTAL CONTRACT: $2,750,336.38 | TOTAL TO DATE: $2,032,150.20

12. PRESENTED FOR PAYMENT
PAYEE: ALLSTATE LIFE INSURANCE CO., C/O
PER:

DATE TITLE

13. APPROVED FOR PAYMENT
I certify that I have checked the quantities covered by this bill or estimate; that the work was actually performed; that the quantities are correct and consistant with all previous computations as actually checked; that the quantities and amounts are wholly consistant with the requirements of the contract or other instrument involved.

| 14. | | | |
|---|---|---|---|
| A. PREVIOUS DEDUCTIONS OTHER THAN RETAINED PERCENTAGE | LABOR VIOL | $7,866.67 | |
| | CONST DEF | $8,002.50 | |
| B. PREVIOUS RETAINED PERCENTAGE | | $0.00 | |
| C. PREVIOUS PAYMENTS | | $1,730,242.50 | |
| D. PREVIOUS EARNINGS (A-B+C) | | | $1,746,133.67 |
| E. EARNINGS THIS PERIOD (TOTAL EARNINGS TO DATE MINUS D) | | | $286,016.53 |
| F. LESS RETAINED PERCENTAGE | | | |
| G. LESS OTHER DEDUCTIONS: | | | |
| H. TOTAL DEDUCTIONS THIS PERIOD (F+G) | | | $0.00 |
| I. RETAINAGE REFUNDED | | | |
| J. OTHER REFUNDS | | | |
| K. TOTAL REFUNDS THIS PERIOD | | | $0.00 |
| L. AMOUNT DUE CONTRACTOR (E-H+K) | | | $286,016.53 |
| M. LESS VOLUNTARY DISCOUNT: | | | <2,860.17> |
| | | | 283,156.36 |
| | | | <715.04> |

15. RECAPITULATION:
TOTAL RETAINED PCTG. (B+F-I) $0.00 (\$0.00) ~~$2,016,255.07~~ 283,301.49

RECEIVED
JUL 9 1993
ACCOUNTS PAYABLE
POD F&A DIVISION

SIGNATURE: L. Serrao TITLE: | DATE: 1 JUL 1993 | CONTRACTING OFFICER APPROVAL Randal Mita | DATE 1 JUL 1993
L. SERRAO CIVIL ENGR TECH | RANDAL MITA, Contracting Officer Representative

000969

| ENG FORM 93a | PAYMENT ESTIMATE-CONTRACT PERFORMANCE (CONTINUATION) (Automated version - approved by DAEN-IMP-R, JUL 86.) | 3. CONTRACT NO. DACA87-91-C-0019 | SHEET 2 OF 2 |
|---|---|---|---|
| 2. CONTRACTOR & ADDRESS | ALLSTATE LIFE INSURANCE CO., C/O REVENUES ACCT, WELLS FARGO BANK 9354 WILSHIRE BOULEVARD, BEVERLY HILLS, CA 90212 | 9. PERIOD COVERED BY THIS ESTIMATE: FROM: 1 JUN 93 THRU 30 JUN 93 | |

| ITEM NO. a | DESCRIPTION b | QTY & UNIT c | CONTRACT UNIT PRICE d | AMOUNT e | TOTAL TO DATE QTY / UNIT f | TOTAL TO DATE AMOUNT g |
|---|---|---|---|---|---|---|
| RA307332020019 | (OCT 92-SEP 93) | 1-JOB | LUMP SUM | $2,235,400.00 | 68.43% | $1,529,729.25 |
| RA203722020019 | 1 A. REPLACE DAMAGED THERMOSTATS | 257 EA | $97.00 | $24,929.00 | 128 | $12,416.00 |
| RA203722020019 | 1 B. EMCS REPAIRS | 1-JOB | LUMP SUM | $3,317.00 | 100.00% | $3,317.00 |
| RA307332020019 | 1 C. REPLACE DAMAGED DX CONDENSING UNIT | 1-JOB | LUMP SUM | $4,353.00 | 100.00% | $4,353.00 |
| | TOTAL THIS PAGE | | | $2,267,999.00 | | $1,549,815.25 |

000970

United States Treasury 15-51/000

332 - 129851

ARMY FINANCE

HONOLULU, HAWAII

6417-00046045

Check No.

DOV 201045

22 JUL 1993

Pay to the order of

$**285301.49*

ALLSTATE LIFE INSURANCE CO
C/O REVENUES ACCT #332-129851

VOID AFTER ONE YEAR

UNITED STATES ARMY

U.S.A.

[signature]

$**285301.49*

DISBURSING FINANCE OFFICER

SPECIAL DISBURSING AGENT, U.S.A.

⑈6417⑈ ⑆000000518⑆ 00046045⑈