EXHIBIT 13

SECTION E

INSPECTION AND ACCEPTANCE

E.1 52.246-0012 INSPECTION OF CONSTRUCTION (JUL 1986)

(a) Definition. "Work" includes, but is not limited to, materials, workmanship, and manufacture and fabrication of components.

(b) The Contractor shall maintain an adequate inspection system and perform such inspections as will ensure that the work performed under the contract conforms to contract requirements. The Contractor shall maintain complete inspection records and make them available to the Government. All work shall be conducted under the general direction of the Contracting Officer and is subject to Government inspection and test at all places and at all reasonable times before acceptance to ensure strict compliance with the terms of the contract.

(c) Government inspections and tests are for the sole benefit of the Government and do not--

(1) Relieve the Contractor of responsibility for providing adequate quality control measures;

(2) Relieve the Contractor of responsibility for damage to or loss of the material before acceptance;

(3) Constitute or imply acceptance; or

(4) Affect the continuing rights of the Government after acceptance of the completed work under paragraph (i) below.

(d) The presence or absence of a Government inspector does not relieve the Contractor from any contract requirement, nor is the inspector authorized to change any term or condition of the specification without the Contracting Officer's written authorization.

(e) The Contractor shall promptly furnish, without additional charge, all facilities, labor, and material reasonably needed for performing such safe and convenient inspections and tests as may be required by the Contracting Officer. The Government may charge to the Contractor any additional cost of inspection or test when work is not ready at the time specified by the Contractor for inspection or test, or when prior rejection makes reinspection or retest necessary. The Government shall perform all inspections and tests in a manner that will not unnecessarily delay the work. Special, full size, and performance tests shall be performed as described in the contract.

(f) The Contractor shall, without charge, replace or correct work found by the Government not to conform to contract requirements, unless in the public interest the Government consents to accept the work with an appropriate adjustment in contract price. The Contractor shall promptly segregate and remove rejected material from the premises.

(g) If the Contractor does not promptly replace or correct rejected work, the Government may (1) by contract or otherwise, replace or correct the work and charge the cost to the Contractor or (2) terminate for default the Contractor's right to proceed.

(h) If, before acceptance of the entire work, the Government decides to examine already completed work by removing it or tearing it out, the

Contractor, on request, shall promptly furnish all necessary facilities, labor, and material. If the work is found to be defective or nonconforming in any material respect due to the fault of the Contractor or its subcontractors, the Contractor shall defray the expenses of the examination and of satisfactory reconstruction. However, if the work is found to meet contract requirements, the Contracting Officer shall make an equitable adjustment for the additional services involved in the examination and reconstruction, including, if completion of the work was thereby delayed, an extension of time.

(i) Unless otherwise specified in the contract, the Government shall accept, as promptly as practicable after completion and inspection, all work required by the contract or that portion of the work the Contracting Officer determines can be accepted separately. Acceptance shall be final and conclusive except for latent defects, fraud, gross mistakes amounting to fraud, or the Government's rights under any warranty or guarantee.

(End of clause)

E.2 52.246-4004 INSPECTION AND ACCEPTANCE

Inspection and Acceptance of all work and service to be performed hereunder shall be made by the COR,
US Army Corps of Engineer, Honolulu District
Attn: CEPOH-DD, Fort Shafter, HI 96858-5440

E.3 52.246-4005 FACILITY TESTING

a. All ECPs must be accepted by the Contracting Officer prior to the payment for savings obtained due to the ECP, except as outlined in paragraph b below. All ECPs must be tested by the Contractor prior to acceptance by the Government. The tests shall be in accordance with manufacturers instructions and shall be completed immediately following installation of the ECP.

b. A 1-year period will be granted from ECP completion to testing if the testing must be done under various weather conditions. If the test is not successfully completed within 1 year of the installation of the ECP, then payments to the Contractor for all savings provided by the ECPs under this contract will stop until testing is satisfactorily completed or the ECP is removed.

EXHIBIT 14

**ATTESTATION OF CONTRACT PAYMENTS**
**PAID TO Aliamanu Conservation Partners L P**
**UNDER CONTRACT NO. DACA87-91-C-0019 (Shared Energy Savings, AMR)**

A thorough review of our accounting records was completed on 8 March 2006 to verify the total amount paid to the contractor under contract no. DACA87-91-C-0019. Original Eng Form 93 pay estimate invoices were used to validate the first 73 payments which were paid during the period Jul 1991 through Jan 1997 while under our old COEMIS accounting system. Our current CEFMS automated accounting system was used to validate payments 74 through 170 paid during the period Apr 1997 through Feb 2005.
The total disbursements paid to the contractor against this contract is $47,452,391.99 which includes all discounts taken and interest penalties paid over the course of the contract. A detailed breakdown of this amount is shown below.

| DACA87-91-C-0019 | Eng 93 Approved Payment Amount | Early Payment Discounts Taken | Interest Paid on Late Payments | Actual Amount Paid to Contractor |
|---|---|---|---|---|
| | | | | |
| COEMIS Payments (#1-73pp) | 13,016,206.66 | (6,770.85) | 2,448.24 | 13,011,884.05 |
| CEFMS Payments (#74-170pp) | 34,439,407.79 | (235.61) | 1,335.76 | 34,440,507.94 |
| | | | | |
| Total Disbursements | 47,455,614.45 | (7,006.46) | 3,784.00 | 47,452,391.99 |

**Attestation Statement:**

We, the undersigned, do attest that the payment amounts reflected above are accurate to the best of our knowledge.

MARK T. YOSHIMURA
Finance and Accounting Officer

13 Mar 06
Date

NIEL T. TAMAYORI
Accountant

13 MAR 06
Date

000596

**DISBURSEMENT RECONCILIATION**
**DACA87-91-C-0019**
(Prepared by C. Gushikuma, 8 Mar 06)

| | Eng 93 Amt | Discounts | Interest | Actual Disbursments |
|---|---|---|---|---|
| COEMIS Payments | 13,016,206.66 | (6,770.85) | 2,448.24 | 13,011,884.05 |
| CEFMS Payments | 34,439,407.79 | (235.61) | 1,335.76 | 34,440,507.94 |
| Total Disbursements | 47,455,614.45 | (7,006.46) | 3,784.00 | 47,452,391.99 |

** Data obtained from hardcopy payment records for COEMIS amounts. CEFMS data taken directly from the CEFMS automated accounting system.

| CEFMS Disbursements | Line Item | Obligation | Disbursed (includes Disc) | Balance | Pre-CEFMS Disbursed Amt from COEMIS Conversion |
|---|---|---|---|---|---|
| | 1 | 245,888.39 | 245,888.39 | 0.00 | 245,888.39 |
| | 2 | 6,310.78 | 6,310.78 | 0.00 | 229.10 |
| | 3 | 2,687,771.96 | 2,687,771.96 | 0.00 | 2,687,674.96 |
| | 4 | 2,861,636.01 | 2,861,636.01 | 0.00 | 2,856,410.51 |
| | 5 | 3,081,580.53 | 3,081,580.53 | 0.00 | 3,025,285.40 |
| | 6 | 1,983,770.76 | 1,983,770.76 | 0.00 | 415,600.13 |
| | 7 | 2,153,326.00 | 2,153,326.00 | 0.00 | 748,409.19 |
| | 8 | 3,611.17 | 3,611.17 | 0.00 | |
| | 9 | 2,322,642.38 | 2,322,642.38 | 0.00 | |
| | 10 | 1,736,102.10 | 1,736,102.10 | 0.00 | |
| | 11 | 97,622.79 | 97,622.79 | 0.00 | |
| | 12 | 2,400,000.00 | 2,400,000.00 | 0.00 | |
| | 13 | 1,743,808.58 | 1,743,808.58 | 0.00 | |
| | 14 | 247,802.54 | 247,802.54 | 0.00 | |
| | 15 | 55,776.16 | 55,776.16 | 0.00 | |
| | 16 | 2,420,000.00 | 2,420,000.00 | 0.00 | |
| | 17 | 1,843,724.84 | 1,843,724.84 | 0.00 | |
| | 18 | 295,997.46 | 295,494.46 | 503.00 - Accrual | |
| | 19 | 2,420,000.00 | 2,420,000.00 | 0.00 | |
| | 20 | 1,923,304.35 | 1,923,304.35 | 0.00 | |
| | 21 | 97,120.50 | 95,865.00 | 1,255.50 | |
| | 22 | 2,303,264.00 | 2,303,264.00 | 0.00 | |
| | 23 | 1,832,240.22 | 1,832,240.22 | 0.00 | |
| | 24 | 161,047.00 | 161,047.00 | 0.00 | |
| | 25 | 2,139,904.77 | 2,139,904.77 | 0.00 | |
| | 26 | 1,910,244.51 | 1,910,244.51 | 0.00 | |
| | 27 | 135,304.81 | 126,913.43 | 8,391.38 | |
| | 28 | 2,097,520.00 | 2,097,520.00 | 0.00 | |
| | 29 | 2,081,420.00 | 2,081,420.00 | 0.00 | |
| | 30 | 108,663.50 | 57,907.85 | 50,755.65 | |
| | 31 | 0.00 | 0.00 | 0.00 | |
| | 32 | 1,500,000.00 | 1,082,169.28 | 417,830.72 | |
| | 33 | 5,500,000.00 | 0.00 | 5,500,000.00 | |
| | TOTAL | 50,397,406.11 ✓ | 44,418,669.86 | 5,978,736.25 ✓ | 9,979,497.68 |
| Total Disbursement (including discounts only) | | | 47,448,607.99 | | |
| Total COEMIS Disb from Pymt Documents (incl disc) | | | | | 13,009,435.81 |
| | DIFFERENCE | | (3,029,938.13) | | (3,029,938.13) |

**RESULTS OF RECONCILIATION:**

Based on a review of the hardcopy Eng Form 93 payment documents (ref: partial payments 1 through 73, pre-CEFMS COEMIS disbursements) and the payments recorded in our CEFMS automated accounting system (ref: partial payments 74 through 170), the total disbursements of $47,452,391.99 under contract DACA87-91-C-0019 is correct. This amount includes $6770.85 of discounts taken and $3784.00 of interest paid to the contractor over the course of the contract. As shown in the details of the reconciliation, we can account for the $3,029,938.13 difference between the actual disbursements (compiled using hardcopy pre-CEFMS documents) and the total disbursement amount showing in CEFMS for this contract. This difference is attributed to pre-CEFMS obligation/payments that were not transferred over to CEFMS upon conversion to the new accounting system back in 1997.

## Contract Payment History

(Data as of 6 Mar 06)

DACA87-91-C-0019 (Shared Energy Savings, AMR)
Contractor: Aliamanu Conservation Partners L P

| Partial Payment # | Certified Date | ENG 93 Amount | Discount Taken | Interest Paid | Actual Payment Amount |
|---|---|---|---|---|---|
| | | | | | |
| 1 | 22-Jul-1991 | $67,218.29 | | | $67,218.29 |
| 2 | 1-Aug-1991 | $37,282.24 | | | $37,282.24 |
| 3 | 19-Aug-1991 | $4,947.94 | | | $4,947.94 |
| 4 | 3-Oct-1991 | $10,432.19 | | | $10,432.19 |
| 5 | 15-Nov-1991 | $7,516.15 | | | $7,516.15 |
| 6 | 6-Dec-1991 | $5,264.15 | | | $5,264.15 |
| 7 | 9-Dec-1991 | $1,261.00 | | | $1,261.00 |
| 8 | 16-Jan-1992 | $4,582.65 | | | $4,582.65 |
| 9 | 5-Feb-1992 | $65,380.53 | | | $65,380.53 |
| 10 | 3-Mar-1992 | $65,668.64 | ($328.34) | | $65,340.30 |
| 11 | 8-Apr-1992 | $47,972.73 | ($239.86) | | $47,732.87 |
| 12 | 27-May-1992 | $6,151.21 | | | $6,151.21 |
| 13 | 30-Jun-1992 | $23,068.69 | | | $23,068.69 |
| 14 | 5-Nov-1992 | $72,199.17 | | | $72,199.17 |
| 15 | 7-Dec-1992 | $126,315.77 | | $49.12 | $126,364.89 |
| 16 | 17-Sep-1992 | $103,288.72 | | $1,446.04 | $104,734.76 |
| 17 | 8-Oct-1992 | $29,908.85 | | $296.60 | $30,205.45 |
| 18 | 6-Jan-1993 | $76,989.73 | | | $76,989.73 |
| 19 | 3-Feb-1993 | $136,269.33 | | | $136,269.33 |
| 20 | 3-Apr-1993 | $188,364.93 | | $340.11 | $188,705.04 |
| 21 | 8-Apr-1993 | $200,803.99 | ($502.01) | | $200,301.98 |
| 22 | 30-Apr-1993 | $205,362.09 | ($1,026.81) | | $204,335.28 |
| 23 | 2-Jun-1993 | $244,561.71 | | | $244,561.71 |
| 24 | 1-Jul-1993 | $286,016.53 | ($715.04) | | $285,301.49 |
| 25 | 6-Aug-1993 | $231,785.15 | | | $231,785.15 |
| 26 | 18-Aug-1993 | $20,687.90 | | | $20,687.90 |
| 27 | 31-Aug-1993 | $220,653.09 | | | $220,653.09 |
| 28 | 1-Oct-1993 | $233,963.13 | | | $233,963.13 |
| 29 | 2-Nov-1993 | $192,705.07 | | | $192,705.07 |
| 30 | 30-Nov-1993 | $248,467.97 | | | $248,467.97 |
| 31 | 30-Dec-1993 | $212,574.05 | ($531.44) | | $212,042.61 |
| 32 | 27-Jan-1994 | $193,729.40 | | | $193,729.40 |
| 33 | 1-Mar-1994 | $223,794.15 | | | $223,794.15 |
| 34 | 31-Mar-1994 | $211,967.21 | | | $211,967.21 |
| 35 | 3-May-1994 | $185,566.96 | | | $185,566.96 |
| 36 | 1-Jun-1994 | $206,866.07 | | | $206,866.07 |
| 37 | 30-Jun-1994 | $277,128.74 | | | $277,128.74 |
| 38 | 29-Jul-1994 | $242,816.41 | | | $242,816.41 |
| 39 | 17-Aug-1994 | $16,714.54 | | | $16,714.54 |
| 40 | 30-Aug-1994 | $230,285.59 | | | $230,285.59 |
| 41 | 28-Sep-1994 | $234,978.62 | | | $234,978.62 |
| 42 | 31-Oct-1994 | $223,978.92 | | $42.95 | $224,021.87 |
| 43 | 30-Nov-1994 | $234,362.88 | | $273.42 | $234,636.30 |
| 44 | 3-Jan-1995 | $198,199.69 | ($495.49) | | $197,704.20 |
| 45 | 30-Jan-1995 | $199,839.88 | | | $199,839.88 |
| 46 | 21-Feb-1995 | $21,726.68 | | | $21,726.68 |
| 47 | 2-Mar-1995 | $215,218.19 | | | $215,218.19 |
| 48 | 30-Mar-1995 | $189,763.64 | ($474.40) | | $189,289.24 |

| Partial Payment # | Certified Date | ENG 93 Amount | Discount Taken | Interest Paid | Actual Payment Amount |
|---|---|---|---|---|---|
| | | | | | |
| 49 | 1-May-1995 | $208,149.28 | | | $208,149.28 |
| 50 | 1-Jun-1995 | $230,312.76 | | | $230,312.76 |
| 51 | 29-Jun-1995 | $290,520.02 | ($728.73) | | $289,791.29 |
| 52 | 28-Jul-1995 | $266,413.09 | | | $266,413.09 |
| 53 | 15-Aug-1995 | $1,454.53 | | | $1,454.53 |
| 54 | 29-Aug-1995 | $290,432.47 | | | $290,432.47 |
| 55 | 29-Sep-1995 | $293,444.99 | ($758.66) | | $292,686.33 |
| 56 | 30-Oct-1995 | $273,107.12 | | | $273,107.12 |
| 57 | 29-Nov-1995 | $264,519.67 | | | $264,519.67 |
| 58 | 2-Jan-1996 | $172,187.79 | ($430.46) | | $171,757.33 |
| 59 | 29-Jan-1996 | $168,064.79 | | | $168,064.79 |
| 60 | 29-Feb-1996 | $289,562.40 | | | $289,562.40 |
| 61 | 29-Mar-1996 | $215,844.62 | ($539.61) | | $215,305.01 |
| 62 | 29-Apr-1996 | $141,852.73 | | | $141,852.73 |
| 63 | 30-May-1996 | $192,681.17 | | | $192,681.17 |
| 64 | 6-Jun-1996 | $543,508.67 | | | $543,508.67 |
| 65 | 3-Jul-1996 | $306,644.01 | | | $306,644.01 |
| 66 | 6-Aug-1996 | $358,711.38 | | | $358,711.38 |
| 67 | 20-Aug-1996 | $13,927.12 | | | $13,927.12 |
| 68 | 5-Sep-1996 | $338,916.38 | | | $338,916.38 |
| 69 | 3-Oct-1996 | $304,972.10 | | | $304,972.10 |
| 70 | 6-Nov-1996 | $327,766.98 | | | $327,766.98 |
| 71 | 5-Dec-1996 | $287,608.07 | | | $287,608.07 |
| 72 | 6-Jan-1997 | $251,003.36 | | | $251,003.36 |
| 73 | 31-Jan-1997 | $300,000.00 | | | $300,000.00 |
| 74 | 3-Apr-1997 | $189,015.41 | | | $189,015.41 |
| 75 | 2-May-1997 | $225,301.13 | | | $225,301.13 |
| 76 | 3-Jun-1997 | $226,104.11 | | | $226,104.11 |
| 77 | 1-Jul-1997 | $243,292.67 | | | $243,292.67 |
| 78 | 1-Aug-1997 | $284,420.28 | | | $284,420.28 |
| 79 | 2-Sep-1997 | $332,336.22 | | | $332,336.22 |
| 80 | 24-Sep-1997 | $338,408.47 | | | $338,408.47 |
| 81 | 4-Nov-1997 | $311,348.44 | | | $311,348.44 |
| 82 | 4-Dec-1997 | $347,288.66 | | | $347,288.66 |
| 83 | 5-Jan-1998 | $287,734.36 | | | $287,734.36 |
| 84 | 3-Feb-1998 | $283,444.65 | | | $283,444.65 |
| 85 | 5-Mar-1998 | $234,351.66 | | | $234,351.66 |
| 86 | 6-Apr-1998 | $274,317.11 | | | $274,317.11 |
| 87 | 5-May-1998 | $243,068.24 | | | $243,068.24 |
| 88 | 1-Jun-1998 | $277,870.03 | | | $277,870.03 |
| 89 | 1-Jul-1998 | $295,160.87 | | | $295,160.87 |
| 90 | 25-Jun-1998 | $47,121.00 | ($235.61) | | $46,885.39 |
| 91 | 10-Aug-1998 | $307,238.25 | | | $307,238.25 |
| 92 | 4-Sep-1998 | $345,722.72 | | | $345,722.72 |
| 93 | 28-Sep-1998 | $371,031.44 | | | $371,031.44 |
| 94 | 6-Nov-1998 | $343,515.33 | | | $343,515.33 |
| 95 | 8-Dec-1998 | $422,415.13 | | | $422,415.13 |
| 96 | 30-Dec-1998 | $339,972.75 | | | $339,972.75 |
| 97 | 4-Feb-1999 | $392,997.04 | | | $392,997.04 |
| 98 | 8-Mar-1999 | $348,833.54 | | | $348,833.54 |
| 99 | 2-Apr-1999 | $345,870.71 | | | $345,870.71 |
| 100 | 15-Apr-1999 | $1,409,577.00 | | | $1,409,577.00 |

| Partial Payment # | Certified Date | ENG 93 Amount | Discount Taken | Interest Paid | Actual Payment Amount |
|---|---|---|---|---|---|
| | | | | | |
| 101 | 12-May-1999 | $357,650.90 | | | $357,650.90 |
| 103 | 1-Jun-1999 | $361,461.55 | | | $361,461.55 |
| 104 | 1-Jul-1999 | $354,924.68 | | | $354,924.68 |
| 105 | 4-Aug-1999 | $357,639.36 | | | $357,639.36 |
| 106 | 7-Sep-1999 | $351,792.70 | | | $351,792.70 |
| 107 | 23-Sep-1999 | $378,262.98 | | | $378,262.98 |
| 108 | 5-Nov-1999 | $364,173.40 | | | $364,173.40 |
| 109 | 10-Dec-1999 | $358,083.20 | | | $358,083.20 |
| 110 | 17-Dec-1999 | $360,988.75 | | | $360,988.75 |
| 111 | 1-Feb-2000 | $396,605.17 | | | $396,605.17 |
| 112 | 1-Mar-2000 | $371,667.85 | | | $371,667.85 |
| 113 | 7-Apr-2000 | $381,418.09 | | | $381,418.09 |
| 114 | 5-May-2000 | $368,420.57 | | | $368,420.57 |
| 115 | 2-Jun-2000 | $370,140.38 | | | $370,140.38 |
| 116 | 28-Jun-2000 | $373,137.05 | | | $373,137.05 |
| 117 | 1-Aug-2000 | $360,725.52 | | | $360,725.52 |
| 118 | 1-Sep-2000 | $372,064.38 | | | $372,064.38 |
| 119 | 26-Sep-2000 | $396,199.36 | | | $396,199.36 |
| 120 | 6-Nov-2000 | $414,918.34 | | | $414,918.34 |
| 121 | 1-Dec-2000 | $366,980.89 | | | $366,980.89 |
| 122 | 3-Jan-2001 | $365,057.55 | | | $365,057.55 |
| 123A | 5-Feb-2001 | $148.83 | | | $148.83 |
| 123 | 5-Feb-2001 | $365,911.79 | | | $365,911.79 |
| 124 | 6-Mar-2001 | $374,380.72 | | | $374,380.72 |
| 125 | 26-Mar-2001 | $388,436.41 | | | $388,436.41 |
| 126 | 3-May-2001 | $372,209.50 | | | $372,209.50 |
| 127 | 29-May-2001 | $370,526.75 | | | $370,526.75 |
| 128 | 2-Jul-2001 | $369,711.21 | | | $369,711.21 |
| 129 | 25-Jul-2001 | $375,767.49 | | | $375,767.49 |
| 130 | 29-Aug-2001 | $368,258.07 | | | $368,258.07 |
| 131 | 4-Oct-2001 | $395,873.02 | | | $395,873.02 |
| 132 | 29-Oct-2001 | $382,782.24 | | | $382,782.24 |
| 133 | 5-Dec-2001 | $366,195.61 | | | $366,195.61 |
| 134 | 16-Jan-2002 | $375,987.27 | | | $375,987.27 |
| 135 | 1-Feb-2002 | $378,862.59 | | | $378,862.59 |
| 136 | 5-Mar-2002 | $369,779.27 | | | $369,779.27 |
| 137 | 5-Apr-2002 | $350,449.91 | | | $350,449.91 |
| 138 | 2-May-2002 | $340,704.04 | | | $340,704.04 |
| 139 | 3-Jun-2002 | $341,998.60 | | | $341,998.60 |
| 140 | 3-Jul-2002 | $337,503.91 | | | $337,503.91 |
| 141 | 26-Jul-2002 | $351,414.38 | | | $351,414.38 |
| 142 | 4-Sep-2002 | $345,608.24 | | | $345,608.24 |
| 143 | 27-Sep-2002 | $361,354.81 | | | $361,354.81 |
| 144 | 30-Oct-2002 | $360,015.82 | | | $360,015.82 |
| 145 | 6-Dec-2002 | $342,309.54 | | | $342,309.54 |
| 146 | 8-Jan-2003 | $345,088.49 | | | $345,088.49 |
| 147 | 12-Feb-2003 | $356,280.67 | | | $356,280.67 |
| 148 | 13-Mar-2003 | $349,278.21 | | | $349,278.21 |
| 149 | 9-Apr-2003 | $341,008.53 | | $201.29 | $341,209.82 |
| 149 | 10-Apr-2003 | $3,646.86 | | $2.58 | $3,649.44 |
| 150 | 25-Apr-2003 | $343,769.82 | | | $343,769.82 |
| 151 | 2-Jul-2003 | $340,011.94 | | $1,043.65 | $341,055.59 |

| Partial Payment # | Certified Date | ENG 93 Amount | Discount Taken | Interest Paid | Actual Payment Amount |
|---|---|---|---|---|---|
| | | | | | |
| 152 | 7-Jul-2003 | $346,734.52 | | | $346,734.52 |
| 153 | 4-Aug-2003 | $338,844.90 | | $88.24 | $338,933.14 |
| 154 | 4-Sep-2003 | $335,421.47 | | | $335,421.47 |
| 155 | 24-Sep-2003 | $382,955.20 | | | $382,955.20 |
| 156 | 26-Sep-2003 | $346,450.66 | | | $346,450.66 |
| 157 | 3-Dec-2003 | $348,514.47 | | | $348,514.47 |
| 158 | 5-Jan-2004 | $349,771.80 | | | $349,771.80 |
| 159 | 4-Feb-2004 | $351,232.89 | | | $351,232.89 |
| 160 | 3-Mar-2004 | $346,351.43 | | | $346,351.43 |
| 161 | 29-Mar-2004 | $387,390.47 | | | $387,390.47 |
| 162 | 4-May-2004 | $352,289.59 | | | $352,289.59 |
| 163 | 4-Jun-2004 | $361,821.59 | | | $361,821.59 |
| 164 | 28-Jun-2004 | $348,204.31 | | | $348,204.31 |
| 165 | 4-Aug-2004 | $348,619.33 | | | $348,619.33 |
| 166 | 8-Sep-2004 | $350,637.68 | | | $350,637.68 |
| 167 | 27-Sep-2004 | $395,771.59 | | | $395,771.59 |
| 168 | 4-Nov-2004 | $276.00 | | | $276.00 |
| 168 | 4-Nov-2004 | $360,107.62 | | | $360,107.62 |
| 169 | 23-Nov-2004 | $536,333.92 | | | $536,333.92 |
| 170 | 4-Feb-2005 | $536,333.92 | | | $536,333.92 |

| | | | |
|---|---|---|---|
| $47,455,614.45 | ($7,006.46) | $3,784.00 | $47,452,391.99 |
| ENG 93 Amt | Discount Taken | Interest Paid | Actual Payment |