IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ALIAMANU CONSERVATION PARTNERS, INC, | ) | |
| Plaintiff, | ) | No. 07-134C |
| | ) | (Judge Braden) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 30 days, to and including August 6, 2008, within which to file its response to plaintiff's June 4, 2008 motion for summary judgment on the Government counterclaim that is currently due on July 7, 2008. This is defendant's first request for an enlargement of time for this purpose. Defendant has contacted plaintiff's counsel who has indicated that plaintiff does not oppose this request.

The reason for this request is that Department of Justice counsel was out of the office until June 16, 2008, performing reserve military duty. Thereafter, he will be out again on June 19 and 20, 2008, on leave and from June 24 until July 7, 2008, for the purpose of taking depositions in Tampa, Florida in the case of Great Lakes v. United States, No. 07-218C (Fed. Cl.), and case-related travel to Germany in the matter of Securitas v. United States, No. 07-255C (Fed. Cl.). Department of Justice counsel will be back in the office on July 7 and has to respond to the summary judgment motions both in this case and in the case of Southeast Restoration, Inc., v. United States, No. 07-884C (Fed. Cl.). Department of Justice counsel respectfully requests the 30-day enlargement in order to devote the necessary time and resources to respond to plaintiff's motion.

For these reasons, defendant respectfully requests that the Court grant its unopposed motion for a 30-day enlargement of time within which to file its response to plaintiff's summary judgment motion.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

s/Armando Rodriguez-Feo
ARMANDO A. RODRIGUEZ-FEO
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L St., NW
Washington, D.C. 20530
Tele: (202) 307-3390
Fax: (202) 514-8624

June 18, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 18th day of June, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/Armando Rodriguez-Feo