# In the United States Court of Federal Claims

No. 07-134C
Filed: June 18, 2008

| | |
|---|---|
| ALIAMANU CONSERVATION PARTNERS, INC. | * |
| Plaintiffs, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

**ORDER**

Defendant's June 17, 2008 Unopposed Motion For Enlargement Of Time is hereby granted. Defendant will file the Response to Plaintiff's June 4, 2008 Motion For Summary Judgment On The Government's Counterclaim on or before August 6, 2008.

**IT IS SO ORDERED**.

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**