**Cegali, Inc.**
7465 West Lake Mead Road, Suite 100
Las Vegas, Nevada 89128

David Y, Kam
Termination Contract Officer
Department of the Army
U.S. Army Engineer District, Honolulu
Fort Shafter, Hawaii 96858

October 31, 2005

Dear David,

I am enclosing herewith, a Revised Proposal, based upon the position stated in the letter of Timothy H. Power, our legal counsel, to Richard Totten, the Government's legal advisor.

It is my understanding that counsel are trying to arrange a meeting in Hawaii in December, to discuss the revised proposal. Mr. Power has informed me that he has e-mailed a copy of the enclosed Proposal to Mr. Totten.

Thank you for attention to this matter.

Sincerely,

Cegali, Inc. General Partner of Aliamanu Conservation Partners L.P.

By: Robert W. Ryan, President

P.S. David - please reply to my Santa Monica, CA address or call me there. I will be out of the country from November 1, to November 28.
Have a Happy Thanksgiving — Bob

ATTACHMENT 1

**COMPUTATION OF UNAMORTIZED ASSETS**
**CONTRACT NO. DACA87-91-C-0019**

| | DATE IN SERVICE | ORIGINAL COST (a) | AMORTIZ PERIOD YEARS | AMORTIZ PERIOD MONTHS (b) | AMORT COST PER MONTH (a)/(b) | AMORT COST 16.3 MOS. Note 1 |
|---|---|---|---|---|---|---|
| ENERGY SAVING EQUIP | 6/30/92 | 520,255 | 14 | 168 | 3,097 | 50,477 |
| ENERGY SAVING EQUIP | 8/15/92 | 786,961 | 14 | 168 | 4,684 | 76,354 |
| ENERGY SAVING EQUIP | 11/15/1992 | 2,229,723 | 14 | 168 | 13,272 | 216,336 |
| ENERGY SAVING EQUIP | 2/15/1993 | 4,328,286 | 14 | 168 | 25,764 | 419,947 |
| ENERGY SAVING EQUIP | 5/15/1993 | 5,771,048 | 14 | 168 | 34,351 | 559,929 |
| ENERGY SAVING EQUIP | 7/31/1992 | 5,000 | 13 | 156 | 32 | 522 |
| ENERGY SAVING EQUIP | 7/31/1992 | 8,032 | 13 | 156 | 51 | 839 |
| ADDITIONAL EQUIPMENT | 1/1/91 | 3,949 | 15 | 180 | 22 | 358 |
| ADDITIONAL EQUIPMENT | 1/1/90 | 18,895 | 15 | 180 | 105 | 1,711 |
| ADDITIONAL EQUIPMENT | 1/1/90 | 5,936 | 15 | 180 | 33 | 538 |
| ADDITIONAL EQUIPMENT | 1/1/90 | 19,752 | 15 | 180 | 110 | 1,789 |
| ADDITIONAL EQUIPMENT | 1/1/90 | 3,225 | 15 | 180 | 18 | 292 |
| ADDITIONAL EQUIPMENT | 12/4/90 | 1,211 | 15 | 180 | 7 | 110 |
| ADDITIONAL EQUIPMENT | 7/31/92 | 6,247 | 14 | 168 | 37 | 606 |
| TOTAL NET ASSET AMOUNT | | $13,708,520 | | | | $1,329,807 |

Data is based upon IRS tax returns. If the government requests this backup data, we will make it available.

Note 1. Unamortized amount represents initial equipment costs assigned to period of termination, October 1, 2004 through February 11, 2006 or 16.3 months.

EXHIBIT 3

**TERMINATION EXPENSES**
**CONTRACT NO. DACA87-91-C-0019**

| | | COST |
|---|---|---|
| Item 1 | GEORGE JONES | 14,310 |
| Item 2 | PAYROLL TAXES | 1,717 |
| Item 3 | SUPPLIES | 40,000 |
| Item 4 | HAULING TRAILERS | 10,000 |
| Item 5 | LOSS ON TRUCKS | 18,000 |
| Item 6 | SEVERANCE | 106,543 |
| Item 7 | PAYROLL TAXES | 12,785 |
| Item 8 | HEALTH BENEFITS | 4,568 |
| Item 9 | DISPOSAL OF OIL AND GARBAGE | 1,500 |
| | SUBTOTAL | 209,423 |
| Item 10 | OVERHEAD @ 60% | 125,654 |
| | TOTAL | $335,077 |

Item 1. Represents time spent by George Jones supervising the breakdown and transportation of the site:
31 days times 8 hours per day times $57.70 per hour.

Item 2. Estimated payroll taxes of 12% applied to Item 1.

Item 3. These represent value of supplies turned over to Lend Lease Actus.

Item 4. Cost of hauling trailers

Item 5. Represents loss of value of trucks:
Net book value of trucks equal to $25,000; received $7,000 for sale of the used trucks.

Item 6. Severance payments made to employees.

Item 7. Estimated payroll taxes of 12% applied to Item 6.

Item 8. Health benefits paid to terminated employees

Item 9. Cost of disposing of oil and garbage

Item 10. Application of 73% indirect cost rate to termination expenses.
See Attachment 2 for computation of rate applied to termination expenses

Items 1, 2 and 7 are based upon estimates. Item 10 is based upon computation of indirect rates per Attachment 2. Item 7 is based upon actual accounting records. Items 3,4,5,8 and

9 are based upon actual invoices and bank records of checks. If the government requests any of these supporting documents we will supply them.

ATTACHMENT 2

COMPUTATION OF OVERHEAD RATE
CONTRACT NO. DACA87-91-C-0019

OPERATING EXPENSES
FISCAL YEAR 2005

| | CEG Note 1 | CEPOLK Note 1 | CEGALI Note 1 |
|---|---|---|---|
| ACCOUNTING FEES | 11,442 | 26,689 | 2,200 |
| ADMIN FEES | | 20,000 | |
| AMORTIZATION - COMP JOBS | | | |
| AUTO EXPENSE | | 53,900 | 3,936 |
| BANK FEES | 255 | 787 | 399 |
| BONUSES | | 106,202 | |
| CONSULTANTS | 1,332,034 | 70,250 | |
| CONSULTING FEES | 242,633 | | |
| DEPRECIATION | | | |
| DONATIONS | | 100 | |
| DUES & SUBSCRIPTIONS | | 325 | |
| EMPLOYEE AUTO | | 9,541 | |
| ENGINNERING | | 425 | |
| EQUIP LEASE | | | |
| EQUIP RENTAL | | 2,037 | |
| FREIGHT AND DELIVERY | | | 1,910 |
| INSURANCE-GENERAL | | 26,103 | 1,950 |
| INSURANCE - LIABILITY | | 4,416 | 7,566 |
| INSURANCE - GROUP | | 9,094 | 3,746 |
| INSURANCE - WC | | 26,034 | 15,214 |
| INSURANCE - AUTO | | 17,386 | 2,229 |
| INTEREST EXPENSE | 140,000 | | |
| LABOR - MANAGEMENT | | 35,575 | |
| LABOR - OFFICE | | 164,211 | 18,727 |
| LABOR - TECHNICIANS | | 376,813 | 239,209 |
| TECHNICIANS - CERTIFIED | | 323,028 | (22,745) |
| LABOR- PICERNE | | 1,919 | |
| LEGAL FEES | 15,000 | | 2,988 |
| LEGAL - SM | 13,747 | | |
| LICENCE & INSPECTION | | 729 | |
| MEALS & ENTERTAINMENT | | | |
| MISCELLANEOUS | 679 | | |
| OFFICE EXPENSE | 3,791 | 5,827 | 732 |
| BUSINESS FEES | 250 | | 351 |
| OUTSIDE LABOR | | 2,302 | 26,094 |
| PARTS AND SUPPLIES | | 88,552 | 32,003 |
| PARTS AND SUPPLIES - DUCTS | | 19,357 | |

| | CEG | CEPOLK | Cegali | |
|---|---|---|---|---|
| PARTS - HEAT PUMPS | | 77,961 | 375 | |
| CONSRUCTION - PICERNE | | 487,970 | | |
| POSTAGE & DELIVERY | | 3,486 | 623 | |
| RENT | 8,435 | 3,900 | | |
| REPAIRS AND MAINTENANCE | | | 65 | |
| SMALL TOOLS | | 532 | 149 | |
| TAXES - BUSINESS TAX | 100 | 860 | 125 | |
| TAXES - PAYROLL | | 75,634 | 35,478 | |
| TAXES - PAYROLL TECHNICIAN | | 15,573 | | |
| TAXES - PAYROLL OFFICE | | (8,178) | 1,441 | |
| TAXES - EXCISE | | | 18,790 | |
| TELEPHONE | | 10,574 | 7,413 | |
| TRASH & SANITATION | | 18,425 | 3,908 | |
| TRAVEL | 892 | 2,458 | | |
| UNIFORMS | | 5,600 | | |
| TERMINATION EXPENSES | | | 209,423 | Note 2 |
| SUBTOTAL | 1,769,258 | 2,086,397 | 614,299 | |
| | | | | |
| ADJUSTMENTS | | | | |
| TERMINATION SALARIES | 34,516 | | | Note 3 |
| DONATION | | 100 | | |
| INTEREST EXPENSE | 140,000 | | | |
| TOTAL ADJUSTMENTS | 174,516 | 100 | 0 | |
| | | | | |
| SUBTOTAL (a) | 1,594,742 | 2,086,297 | 614,299 | |
| PERCENTAGE OF COSTS | | 77% | 23% | |
| ALLOC. OF CEC TO CEGALI (b) | | 1,227,951 | 366,791 | |
| OVERHEAD RATE (a)/(b) | | | 60% | |

Cost data identified above are based upon accounting records for fiscal year 2005. If the government asks to see our accounting records we will provide them.

Methodology: In order to compute an overhead rate for Cegali in FY 2005, had to determine percentage of CEG costs (indirect cost pool) that are allocable to Cegali and divide that number by total Cegali costs.

Note 1. CEG (Co-Energy Group) represents indirect costs allocable to all direct projects. Cegali and CEPOLK represents the two direct projects worked during fiscal year 2005

Note 2. See Exhibit 3 and Exhibit 4.

Note 3. Removed portion of officers' salaries associated with the termination

expenses (Exhibit 3) and termination settlement proposal (Exhibit 4).

EXHIBIT 4

**TERMINATION PROPOSAL EXPENSES**
**CONTRACT NO. DACA87-91-C-0019**

**TERMINATION PROPOSAL COSTS:**

| | | |
|---|---|---|
| CONSULTING | 109,400 | Note 1 |
| LEGAL | 49,200 | Note 2 |
| BOB FREEMAN | 27,731 | Note 3 |
| TOTAL | $186,331 | |

**Note 1. Consulting**

| | Hours | Dollars |
|---|---|---|
| Billings through 9/30 | | 82,600 |
| Consulting through from 10/1 thru 10/15 | 15 | 3,000 |
| Travel Expenses | | 1,200 |
| Anticipated additional hours: | | |
| Responding to data reqs, negot., audits | 24 | 4,800 |
| Audit - Prepare, liaison, review | 24 | 4,800 |
| Negotiations - Prepare, attend, travel | 40 | 8,000 |
| Misc Meeting - Bob and Tim | 10 | 2,000 |
| Add'l Travel @ one trip to HI and LV | | 3,000 |
| Total Consulting | | 109,400 |

**Note 2 Legal Expenses**

| | | |
|---|---|---|
| Billing through 9/30 | | 22,000 |
| Drafting legal Positions | 24 | 6,000 |
| Misc Meetings - Bob, Tim, etc | 10 | 2,500 |
| Negotiations - prepare, attend, travel | 48 | 12,000 |
| Responding to inquiries | 16 | 4,000 |
| Travel Expenses | | 2,700 |
| Total Legal | | 49,200 |

**Note 3 Bob Freeman @ 57.70 per hour**

| | | |
|---|---|---|
| Time spent through 6/17 | 189 | 10,905 |
| Meetings with Hawaii Reprs | 32 | 2,157 |
| Negotiations | 40 | 2,696 |
| Close-out meeting | 32 | 2,157 |
| Meetings with Bill and Tim | 10 | 674 |
| Meetings with Partners | 24 | 1,618 |
| Payroll Tax @ 12% | | 2,425 |
| Travel Expenses @3 Trips and 10 days | | 5,100 |
| Total Bob Freeman | | 27,731 |

Actual billings through September 30, 2005 are based upon invoices submitted to ACP. Remaining time and expenses are based upon estimates of additional requirements multiplied by Bill Lennett and Tim Powers billing rates and Bob Freeman's hourly rate based on his annual salary. If the government decides

on what supporting documentation it wants we will provide.

EXHIBIT 5

**COMPUTATION OF FEE**
**CONTRACT NO. DACA87-91-C-0019**

ACP has applied a fee of 16.3 percent to unamortized asset value and termination expenses.

| | | |
|---|---|---|
| ASSET VALUE | 1,329,807 | EXHIBIT 2 |
| TERMINATION COSTS | 335,077 | EXHIBIT 3 |
| TOTAL | 1,664,884 | |
| FEE @ 16.3% | $271,376 | Note 1 |

Note 1. Fee of 16.3 percent is charged on all other direct costs per contract.

| | | |
|---|---|---|
| **TERMINATION SETTLEMENT PROPOSAL** | | |
| **CONTRACT NO. DACA87-91-C-0019** | | |
| | | |
| MONTHLY PAYMENTS | 5,519,180 | EXHIBIT 1 |
| | | |
| UNAMORTIZED ASSET VALUE | 1,329,807 | EXHIBIT 2 |
| | | |
| TERMINATION EXPENSES | 335,077 | EXHIBIT 3 |
| | | |
| TERMINATION SETTLEMENT COSTS | 186,331 | EXHIBIT 4 |
| | | |
| FEE | 271,376 | EXHIBIT 5 |
| | | |
| TOTAL | 7,641,772 | EXHIBIT 6 |

**EXHIBIT 1**

**COMPUTATION OF PAYMENTS OWED**
**CONTRACT NO. DACA87-91-C-0019**

For the reasons expressed in our October 24, 2005 letter, ACP is entitled to receive payments for the period of termination of the subject contract.
In accordance with the contract, monthly payments are $338,600

| | | |
|---|---|---|
| MONTHLY PAYMENTS | $338,600 | Note 1 |
| TERMINATION PERIOD | 16.3 MONTHS | Note 2 |
| AMOUNT DUE | $5,519,180 | |

Note 1. Monthly payments as of September 1, 2004.

Note 2. Period of termination is October 1, 2004 through February 11, 2006.

**EXHIBIT 2**

**COMPUTATION OF COSTS ASSOCIATED WITH INITIAL ASSETS**
**CONTRACT NO. DACA87-91-C-0019**

In accordance with our October 24, 2005 letter, Page 13, we are claiming the unamortized costs of the initial equipment purchased for the terminated contract.

See Attachment 1 for computation of this amount.