IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ALIAMANU CONSERVATION PARTNERS, INC., Plaintiff, | ) | |
| v. | ) | No. 07-134-C (Judge Braden) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR LEAVE
TO FILE AMENDED ANSWER AND COUNTERCLAIM

Pursuant to Rule 15(a) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests leave to amend its Answer and Counterclaim in this case.

During the course of discovery, and upon further research, the Government has concluded that the amount for its counterclaim should be changed from $6,215,003 to $683,140.

On August 13, 2008, the Government discussed this amendment with plaintiff's counsel, who indicated that plaintiff did not object.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

s/Armando A. Rodriguez-Feo
ARMANDO A. RODRIGUEZ-FEO
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L St., NW
Washington, D.C. 20530
Tel: (202) 307-3390
Fax: (202) 514-8624

Of Counsel:
JENNY N. MASUNAGA
Counsel
United States Army Corps of Engineers
Honolulu District
Bldg 230, CEPOH-OC
Fort Shafter, HI 96858
Tel: (808) 438-8503

August 19, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 19th day of August, 2008, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED ANSWER AND COUNTERCLAIM" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Armando Rodriguez-Feo