# In the United States Court of Federal Claims

No. 07-134C
Filed: August 20, 2008

*************************************
ALIAMANU CONSERVATION PARTNERS, INC.

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
*************************************

**ORDER**

For good cause shown, the Government's August 19, 2008 Unopposed Motion For Leave To File Amended Answer And Counterclaim is hereby granted.

**IT IS SO ORDERED**.

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**