IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ALIAMANU CONSERVATION PARTNERS, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-134C |
| | ) | (Judge Braden) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT MOTION FOR STAY

Pursuant to Rule 7 of the Rules of the United States Court of Federal Claims, the parties respectfully request a stay of all proceedings in this case for 90 days, to and including November 25, 2008.

The parties have negotiated a proposed settlement and require additional time to submit the proposal to the Chief Counsel of the Army Corps of Engineers for his recommendation and then forward the recommended proposal to the authorized representative of the United States Attorney General for consideration. See 28 C.F.R. § 0.161.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

s/Timothy H. Power
TIMOTHY H. POWER
Law Offices of Timothy H. Power
19229 Sonoma Highway
Suite 246
Sonoma, CA 95476
Tel: (707) 343-1550
Fax: (707) 343-1552

Attorney for Plaintiff

s/Armando A. Rodriguez-Feo
ARMANDO A. RODRIGUEZ-FEO
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L St., NW
Washington, D.C. 20530
Tel: (202) 307-3390
Fax: (202) 514-8624

Attorneys for Defendant

August 26, 2008

CERTIFICATE OF FILING

I hereby certify that on this 26th day of August, 2008, a copy of foregoing "JOINT MOTION FOR STAY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Armando Rodriguez-Feo