# In the United States Court of Federal Claims

No. 07-134C

Filed: August 27, 2008

```
************************************
                                   *
ALIAMANU CONSERVATION              *
PARTNERS, INC.                     *
                                   *
        Plaintiffs,                *
                                   *
v.                                 *
                                   *
THE UNITED STATES,                 *
                                   *
        Defendant.                 *
                                   *
************************************
```

**ORDER**

The Parties' August 26, 2008 Joint Motion For Stay for 90 days is hereby granted. The Parties will file a Joint Status Report on or before November 25, 2008.

**IT IS SO ORDERED**.

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**